UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
-----------------------------------------------------------------X
BING WU, FENG CHUN GUAN, TINA WANG,           :
GUI BIN CAI, JUN ZHANG, QIN PING YUAN,        :
JIN LU MA, ZHEN HAI HE, and BAO WEN TAN,      :
                                              :
Plaintiffs,                                   :   CIVIL ACTION NO. 3:08-cv-746
                                              :
    -against-                                 :
                                              :
CHANG'S GARDEN OF STORRS, LLC,                :
CHANG'S GARDEN OF CT, INC.,                   :   FEBRUARY 17, 2010
LE SHIH CHANG,                                :
HSIANG I CHANG, and WEI-WEI CHANG,            :
                                              :
Defendants.                                   :
-----------------------------------------------------------------X
```

**UNOPPOSED MOTION FOR LAW STUDENT INTERN APPEARANCE**

Plaintiffs, by and through their undersigned counsel, hereby move the Court for permission for Laura Huizar and Jingni Zhao to appear as Law Student Interns on behalf of the nine Plaintiffs in this action. This Court's Local Rule 83.9(c)(2) requires Law Student Interns to have completed at least two semesters of credit in legal studies. Plaintiffs respectfully request that the application of Local Rule 83.9(c)(2) be waived in the event that this matter goes to trial. Opposing counsel has consented to this Motion.

Laura Huizar and Jingni Zhao have qualifications that are substantially similar to those required for Law Student Interns under Local Rule 83.9(c). They are enrolled in good standing at Yale Law School and are neither employed nor receiving compensation from the Plaintiffs in this case. At the projected start date of trial, April 1, they will be approximately six weeks away from completing the second semester of credit in legal studies.

1

In addition, Laura Huizar and Jingni Zhao are eligible to appear in Connecticut's State Courts under Sec. 3-16(2) of the Connecticut Practice Book, which permits students who have completed less than two semesters of credit to appear as part of their participation in a faculty-supervised clinical program.  The commentary to this provision states that "[t]he most important feature of any student practice rule is the kind and quality of supervision the student must be given when performing legal work thereunder."  If permitted to appear, Laura Huizar and Jingni Zhao would work under the guidance of supervising attorneys who satisfy the requirements of this Court's Local Rule 83.9(b).  Close supervision would achieve the essential purposes of Local Rule 83.9: to ensure competent and ethical representation of clients that comports with the Connecticut Rules of Professional Conduct.

WHEREFORE, the Plaintiffs respectfully request that the Court allow Laura Huizar and Jingni Zhao to appear as Law Student Interns in this action.

Respectfully submitted,

   /s/
Muneer I. Ahmad, Esq., ct28109
Susan Hazeldean, Esq., ct28093
Ohad Barkan, Law Student Intern
William C. Collins, Law Student Intern
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520-9090
Telephone: (203) 432-4800
Facsimile: (203) 432-1426
Email: muneer.ahmad@yale.edu

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

   I hereby certify that on February 17, 2010, a copy of foregoing Motion was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

               /s/
               Muneer I. Ahmad, Esq., ct28109
               Jerome N. Frank Legal Services Organization
               P.O. Box 209090
               New Haven, CT 06520-9090
               203-432-4800