**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| BING WU, et al | : | CIVIL ACTION NUMBER: |
|     Plaintiffs | : | |
| | : | 3:08-CV-00746-WWE |
|     v. | : | |
| | : | |
| CHANG'S GARDEN OF STORRS, L.L.C., et al | : | |
| | : | |
|     Defendants | : | March 8, 2010 |

## DECLARATION OF CHRISTOPHER M. HARRINGTON

I, Christopher M. Harrington, Esq., based upon my personal knowledge and in accordance with the provisions of 28 U.S.C. § 1746, do hereby state and declare as follows:

1. I am a partner at the law firm of Howard, Kohn, Sprague and FitzGerald, located at 237 Buckingham Street, Hartford, Connecticut and I am admitted to practice law in the State Courts of Connecticut and the District Courts for the District of Connecticut.

2. All of the exhibits attached to the Defendants' Substituted Reply to the Opposition to Defendant's Motion for Summary Judgment, which Reply is dated March 8, 2010, (hereinafter referred to as the "Reply") are true and accurate copies of the originals or are excerpts of the originals. The full and/or original documents can be made available to the Court upon request.

3. Exhibit A to the Reply is a true and accurate copy of an excerpt from the deposition of Hsiang I Chang, taken on November 24, 2009 by Ohad Barkan, Law Student Intern, and transcribed by James Martone from Sanders, Gale & Russell court reporters. The excerpt contains copies of pages 54 to 68.

4. Exhibit B to the Reply is a true and accurate copy of an excerpt from the deposition of Wei Wei Chang, taken on December 8, 2009 by Anjali Dalal, Law Student Intern, and transcribed by Cheryl D. Toman from Sanders, Gale & Russell court reporters. The excerpt contains copies of pages 26 to 28, 31, 35 to 44, 63 to 65 and 76.

5.   Exhibit C to the Reply is a true and accurate copy of an excerpt from the deposition of Le Shih Chang, taken on December 11, 2009 by William Collins, Law Student Intern, and transcribed by Cheryl D. Toman from Sanders, Gale & Russell court reporters. The excerpt contains copies of pages 53 to 68 and 91 to 98.

6.   Exhibit D to the Reply is a true and accurate copy of an excerpt from the deposition of Chen Wha Cheng, taken on August 31, 2009 by Lisa Ouellette, Law Student Intern, and transcribed by Donna Kelsey from Sanders, Gale & Russell court reporters. The excerpt contains copies of pages 21 to 24.

7.   Exhibit E to the Reply is a true and accurate copy of the Deed to the 319 Codfish Falls Road in Storrs, Town of Mansfield, Connecticut which Deed is recorded in Vol. 426 at pp. 361-364.  The Deed shows title in the names of Le Shih Chang and Hua Yang.

I declare, under penalty of perjury under the law of the Untied States of America and the laws of the State of Connecticut, that, based upon my personal knowledge, the foregoing declaration is true and accurate.

By:_____
Christopher M. Harrington, Esq.
Fed Bar No: ct 16851
Howard, Kohn, Sprague & FitzGerald
237 Buckingham Street
Hartford CT 06126-1798
Ph:  (860) 525-3101; Fax: (860)247-4201
cmh@hksflaw.com

Dated:   March 8, 2010

2