# EXHIBIT B

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
* * * * * * * * * * * * * *
                            *
BING WU, FENG CHUN          *
GUAN, TINA WANG, GUY        
BINCAI, JUN ZHANG, QIN      
PING YUAN, JIN LU MA,       
ZHEN HAI HE AND BAO         
WEN TAN,                    
        Plaintiffs          *
                            *   Civil Action No:
        -versus-            *   3:08 CV-746
                            *
Chang's Garden OF           *
STORRS, LLC, LE SHIH        
CHANG, HSIANG I CHANG       
AND WEI-WEI CHANG,          
        Defendants          *
                            *
* * * * * * * * * * * * * *
```

Deposition of WEI-WEI CHANG, taken pursuant to the Notice of Deposition held at the Yale Law School, 133 Wall Street, New Haven, Connecticut, before Cherie Dickson Toman, LSR No. 00143, and a Notary Public in and for the State of Connecticut, on Tuesday, December 8, 2009 at 10:22 o'clock a.m.

```
 1   A P P E A R A N C E S:

 2

 3

 4        ATTORNEYS FOR THE PLAINTIFFS:

 5             JEROME N. FRANK LEGAL SERVICES
               ORGANIZATION
 6             127 Wall Street
               New Haven, Connecticut   06520-9090
 7             BY: ANJALI DALAL, LAW SCHOOL STUDENT
                   MUNEER I. AHMAD, ESQUIRE
 8

 9
          ATTORNEY FOR THE DEFENDANTS:
10
               HOWARD KOHN SPRAGUE & FITZGERALD, LLP
11             237 Buckingham Street
               P.O. Box 261798
12             Hartford, Connecticut   06126-1798
               BY: JAMES F. SULLIVAN, ESQUIRE
13

14   Also Present: Susan Hazeldean, Attorney
                   William C. Collins, Law School
15                      Student
                   Ohad Barkan, Law School Student
16                 Bing Wu, Plaintiff
                   Shaozhuai Mon, Law School Student
17                 Ee-Lin Huang, Translator

18

19

20

21

22

23

24

25
```

```
 1              S T I P U L A T I O N S
 2
 3          IT IS HEREBY STIPULATED AND AGREED by
 4   and between counsel for the respective parties
 5   hereto that all technicalities as to proof of
 6   the official character before whom the
 7   deposition is to be taken are waived.
 8          IT IS FURTHER STIPULATED AND AGREED by
 9   and between counsel for the respective parties
10   hereto that the reading and signing of the
11   deposition by the deponent are not waived.
12          IT IS FURTHER STIPULATED AND AGREED by
13   and between counsel for the respective parties
14   hereto that all objections, except as to form,
15   are reserved to the time of trial.
16
17
18
19              *   *   *   *   *   *
20
21
22
23
24
25
```

```
 1   asked you to sign her name on checks before she
 2   left to become a bus driver.
 3              THE WITNESS: I don't remember.
 4       Q    She -- okay. Start over.
 5              It is correct -- sorry, take
 6   that back.
 7              Is it correct to say that Susan
 8   asked you to sign her name on checks before she
 9   left to become a bus driver?
10       A    Yes.
11       Q    How soon before she left to become a
12   bus driver?
13       A    How soon before?
14       Q    I can re-ask the question. How soon?
15       A    I couldn't remember.
16       Q    Would you say approximately six
17   months before Susan left the restaurant did she
18   ask you to start signing her name on checks?
19              MR. SULLIVAN: Objection to the
20   form of the question.
21       A    (Pause).
22       Q    You can answer the question.
23              MR. SULLIVAN: If you understand
24   it.
25       Q    Did you answer?
```

```
 1        Q    If you understand the question, you
 2   can answer.
 3        A    I don't understand your question.
 4        Q    Before Susan stopped working at the
 5   restaurant, what things did she ask you to do
 6   at the restaurant?
 7        A    You mean the things that I need to
 8   do?
 9        Q    Yes, I can re-ask the question.
10             While Susan was gone --
11   actually, let me start over.
12             Before Susan left the
13   restaurant, did she ask you to do anything at
14   the restaurant for the time when she wasn't
15   there?
16        A    She did not tell me.
17        Q    And she did not -- sorry -- she did
18   not tell you to do anything besides sign her
19   name on checks?
20        A    No.
21        Q    So why didn't Susan just sign the
22   checks for herself every time?
23        A    Susan, she was busy at that time and
24   then she told me that after all we have to pay,
25   so she asked me just to sign.
```

```
 1      Q    Did you have to ask Susan's
 2  permission before signing her name every time?
 3      A    Before that I asked her but when she
 4  was not around, then I ask my younger brother.
 5      Q    So you always -- or sorry, start
 6  over.
 7           So every time you signed Susan's
 8  name on a check you asked somebody permission
 9  before doing so?
10      A    I asked my younger brother.
11      Q    Didn't she give you authority to sign
12  her name on checks?
13           MR. SULLIVAN:  Objection to the
14  form.
15      Q    You can answer the question if you
16  understand it.
17.     A    Susan asked me to sign.
18      Q    So if Susan asked you to sign, you
19  didn't need to get permission every single time
20  you signed her name on a check.  Is this
21  correct?
22           MR. SULLIVAN:  Objection to
23  form.
24      A    My younger brother asked me to sign.
25      Q    I am sorry.  Did your younger brother
```

1  ask you to sign?
2      A    Yes. When Susan was not around, I
3  will ask my younger brother.
4      Q    Why didn't Le Shih sign the checks
5  himself?
6      A    Sometime he was sign some or so but
7  then when sometime he was not around, he asked
8  me to sign.
9      Q    If he wasn't around, how did he give
10 you permission to sign each and every check?
11           MR. SULLIVAN: Objection to form.
12     Q    Answer the question if you understand
13 it.
14     A    I make a phone call to ask him.
15 Sometime he was busy in the kitchen. And in
16 that situation, I will ask him.
17     Q    So why wouldn't you just sign Le
18 Shih's name on the check?
19     A    Because the very first time was Susan
20 who asked me to sign.
21     Q    If you were asking -- I am sorry,
22 restarting the question.
23           If you're asking Le Shih to sign
24 Susan's name, could you not also just ask Le
25 Shih to sign his name?

1             MR. SULLIVAN: Objection to
2    form.
3        Q   Answer the question if you understand
4    it.
5        A   So far I used to sign my other
6    sister's name, so why should I sign my younger
7    brother's name?
8        Q   So if I understand you correctly,
9    every single time since 2006 when Susan left
10   the restaurant, you have made a phone call to
11   ask somebody if you can sign Susan's name. Is
12   that correct?
13            MR. SULLIVAN: Objection to the
14   form.
15            THE WITNESS: I don't understand
16   your question.
17       Q   Every single time that you signed
18   Susan's name on a check, you asked explicit
19   permission from somebody to do so. Is that
20   correct?
21       A   I asked my younger brother.
22       Q   There was never one time that you
23   just signed your name on a COD?
24            THE WITNESS: My name?
25       Q   Sorry. There was never one time that

```
 1   you signed Susan's name without asking somebody
 2   for permission?
 3       A    Maybe there was some but I couldn't
 4   remember exactly but I should say majority I
 5   did ask.
 6       Q    The purpose of -- sorry.
 7            The purpose of you signing
 8   Susan's name was because it was faster to do
 9   so, is that correct?
10       A    Susan ask me to sign and I thought
11   that after all we have to pay so I don't want
12   to argue with her, so I go and sign it.
13            MR. AHMAD:  We are going to pause
14   to change the videotape.
15            MS. DALAL:  Oh, sorry.
16            (Pause).
17            MR. SULLIVAN:  Let's take a
18   five-minute break.
19            (A brief recess was taken.)
20   BY MS. DALAL:
21       Q    So, it is possible that you signed
22   Susan's name on a check without getting
23   permission beforehand?
24       A    I forgot maybe.
25       Q    The question is, is it possible that
```

```
 1    you signed Susan's name on a check without
 2    getting permission to do so?
 3         A     It's possible because she already
 4    give me the permission earlier.
 5         Q     What was the purpose of asking
 6    permission to sign the check before you did so
 7    with Susan's name?
 8         A     I remember one time when she was busy
 9    and there was a check that need to be signed,
10    then I asked her to sign.  Then she told me to
11    just sign my signature. So that's why I sign.
12         Q     So Susan said you didn't need to ask
13    her permission to sign before you signed her
14    name?
15              MR. SULLIVAN:  Objection to the
16    form.
17         A     Susan say that all this have to pay
18    after all.
19              MS. DALAL:  Could you read back
20    the question, please?
21              (The following question was read
22    by the reporter:  So Susan said you didn't need
23    to ask her permission to sign before you signed
24    her name.)
25         A     She did not particular say that but
```

1  she just asked me to sign.
2       Q    Was it your -- withdrawn.
3            Susan knew you were signing her
4  name, correct?
5       A    Yes, she know that.
6       Q    Le Shih knew you were signing Susan's
7  name?
8       A    Yes, he know that.
9       Q    And you signed Susan's name on a lot
10 of checks?
11      A    Yes, COD check.
12      Q    So then why did you keep asking
13 permission?
14      A    Why I have to ask?  Well, I need to
15 let my brother know.
16      Q    You need to let your brother know
17 what?
18      A    That -- what is the checks going to
19 pay to.
20      Q    Could you do that after you signed
21 the check?
22      A    Yes.
23      Q    Did you ever tell Le Shih that you
24 signed Susan's name on a check after you signed
25 Susan's name on a check?

```
 1        A    Yes.
 2        Q    And in those instances --
 3   withdrawn.
 4             Was the purpose of asking
 5   permission to sign Susan's name just so that
 6   you could keep track of the money that was
 7   being spent?
 8        A    I only know that we have to pay that
 9   money.
10        Q    Okay. And in the course of your
11   employment, approximately how many times have
12   you signed Susan's name on a check?
13        A    I couldn't remember exactly.
14        Q    Can you please estimate?
15        A    I couldn't make any estimate.
16        Q    More than ten times?
17        A    Maybe about that.  About that.
18        Q    In the five years that you have been
19   working for Chang's Garden, you have signed
20   Susan's name ten times on a check?
21             MR. SULLIVAN:  Objection to the
22   form.
23        A    I couldn't make any exact number to
24   say.
25        Q    Would you say -- withdrawn.
```

```
 1            Did you sign Susan's name on a
 2   check more than 50 times?
 3        A    I am not certain.  I couldn't say
 4   anything.
 5        Q    How many times a week do you sign
 6   Susan's name on a check?
 7              MR. SULLIVAN:  Objection to the
 8   form.
 9        A    Approximately, I am not certain.
10        Q    Do you still sign Susan's name on
11   checks?
12        A    Yes, sometime I still.
13        Q    How many times did you do it in the
14   last month?
15        A    One or two time; I cannot say
16   exactly.
17        Q    For the two times that you signed
18   Susan's name on the check in the past month,
19   did you ask permission to do so beforehand?
20              MR. SULLIVAN:  Objection to the
21   form.
22        A    I forgot.
23        Q    Really?  You have no idea?
24        A    If my brother was there I would
25   definitely will ask him.  Other than that, I
```

```
 1   couldn't have -- I forgot.
 2        Q    If your brother wasn't there it is
 3   likely you just signed the check, correct?
 4             MR. SULLIVAN:  Objection to the
 5   form.
 6        A    I really couldn't remember.
 7        Q    Is it the case that you signed or --
 8   withdrawn.
 9             Do you sign Susan's name on all
10   COD issues that come up at the restaurant?
11        A    All?
12        Q    Yes.
13        A    No.
14        Q    Do you sign Susan's name on most of
15   the COD issues that come up in the restaurant?
16        A    Mostly.
17        Q    And so in the last month, how many
18   COD issues have come up at the restaurant?
19        A    I couldn't remember.
20        Q    Approximately.
21        A    One to four or five.
22        Q    More than ten maybe?
23        A    In one month?
24        Q    Yes.
25        A    No.
```

1     A     I did not tell him that.  I did not
2  tell him that.
3               MS. DALAL:  Can you please read
4  back the question?
5               (The following question was read
6  by the reporter: If Ya Hua Lin was working at
7  Chang's Garden, then why couldn't he deposit
8  these paychecks?)
9     A     This was a story between him and my
10 younger brother.
11    Q     If Ya Hua Lin was working at Chang's
12 Garden at this time, why did he not have other
3  proof of employment?
14    A     I don't know what the story behind
15 but I think he have receive cash before, that's
16 why.
17              MR. MON:  From my brother.
18              THE INTERPRETER: From my
19 brother, yes.
20 BY MS. DALAL:
21    Q     Can you explain more about that,
22 please?
23    A     I am not clear about the story.
24    Q     What cash did -- withdrawn.
25              Why was Le Shih Chang giving Ya

1  Hua Lin cash?
2      A    He gave many people cash in salary.
3      Q    Excuse me?
4      A    He gave many people cash in the form
5  of paying for their salary.
6      Q    In the form of their salary, okay.
7  Great.
8           MS. DALAL: So I would like to
9  ask the reporter to mark this Exhibit No. 4.
10              (The document referred to was
11 marked as Plaintiff's Exhibit 4 for
12 identification.)
13     Q    I would like to direct your
14 attention, Wei-Wei, to the last check on this
15 page, check No. 1985. Did you sign Susan's
16 name on this check?
17     A    This look like my signature.
18     Q    And do you know what the purpose of
19 this check was?
20     A    This one I think it should like for
21 paying somebody's salary.
22     Q    And did you write everything that is
23 on this check?
24     A    Yes, I write everything on this
25 check.

```
 1        Q     And so -- and who is the individual
 2   indicated in the pay to the order of line?
 3        A     I don't know.
 4        Q     Could you read the name?
 5        A     I don't know his name.
 6        Q     Could you read it?
 7        A     H-S-U-E-H, H-S-I-A, C-H-E-N-G.
 8        Q     So you don't know this individual?
 9        A     I don't know him.
10        Q     Did this individual ever work at
11   Chang's Garden?
12        A     I don't know.  Richard gave me a
13   name, asked me to write it on, then I write it
14   on.
15        Q     Do you know most of the employees who
16   work at Chang's Garden?
17        A     Yes, most of them I know them.
18              MS. DALAL:  I would now like to
19   ask the reporter to mark this Exhibit 5.
20              (The document referred to was
21   marked as Plaintiff's Exhibit 5 for
22   identification.)
23        Q     I would like to direct your attention
24   to the very first check on this page, check No.
25   1970.  Is that  --  withdrawn.
```

 1   this check for him.
 2        Q    Do you specifically remember your
 3   younger brother asking you to fill out this
 4   check?
 5        A    See this check was issued in summer.
 6   That time I remember he wanted to borrow some
 7   money from my brother to go to Taiwan.  Many
 8   check was ordered by my younger brother to ask
 9   me to sign because he is not around and the
10   other party want the money urgent.  That's why.
11        Q    Where was Le Shih Chang at the time
12   you signed this check?
13        A    I don't know.  Maybe in New York.  Or
14   maybe at home.  I am not sure where.
15        Q    Has Le Shih Chang lent anyone else
16   money out of the company account?
17        A    That I don't know.
18        Q    How much does Le Shih Chang get paid
19   every month from Chang's Garden?
20        A    I don't know how much he got.
21        Q    Do you sign his salary checks?
22        A    His salary?  No.
23        Q    How does Le Shih get paid for his
24   work at Chang's Garden?
25        A    Those money belong to him.

# CERTIFICATE

I hereby certify that I am a Notary Public, in and for the State of Connecticut, duly commissioned and qualified to administer oaths.

I further certify that the deponent named in the foregoing deposition was by me duly sworn and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to print under my direction, and the foregoing is a true and accurate transcript of the testimony.

I further certify that I am neither of counsel nor related to either of the parties to said suit, nor am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public this 15th day of December, 20 09.

_____
NOTARY PUBLIC
CHERYL TOMAN
L.S.R. 143

My Commission Expires:

JUNE/ 2010

**STATE OF CONNECTICUT**
DEPARTMENT OF CONSUMER PROTECTION

SHORTHAND COURT REPORTER
CHERYL D TOMAN

| LIC. / REG NO. | EFFECTIVE | EXPIRES |
|---|---|---|
| SHR.0000143 | 01/02/2008 | 12/31/2010 |

SIGNED _Cheryl D Toman_