# EXHIBIT C

Page 1

UNITED STATES DISTRICT COURT


DISTRICT OF CONNECTICUT



* * * * * * * * * * * * *
                          *
BING WU, FENG CHUN        *
GUAN, TINA WANG, GUY
BINCAI, JUN ZHANG, QIN
PING YUAN, JIN LU MA,
ZHEN HAI HE AND BAO
WEN TAN,
          Plaintiffs      *
                          *   Civil Action No:
     -versus-             *   3:08 CV-746
                          *
CHANG'S GARDEN OF         *
STORRS, LLC, LE SHIH
CHANG, HSIANG I CHANG
AND WEI-WEI CHANG,
          Defendants      *
                          *
* * * * * * * * * * * * *


          Deposition of LE SHIH CHANG, taken

     pursuant to the Notice of Deposition

     held at the Yale Law School, 133 Wall

     Street, New Haven, Connecticut,

     before Cherie Dickson Toman, LSR

     No. 00143, and a Notary Public in and

     for the State of Connecticut, on

          Friday, December 11, 2009

          at 10:10 o'clock a.m.

EXHIBIT C

WU v. CHANG'S GARDEN                                          December 11, 2009

Page 2

```
1    A P P E A R A N C E S :

2

3

4         ATTORNEYS FOR THE PLAINTIFFS:

5              JEROME N. FRANK LEGAL SERVICES
               ORGANIZATION
6              127 Wall Street
               New Haven, Connecticut   06520-9090
7              BY: WILLIAM COLLINS, LAW SCHOOL STUDENT
                   MUNEER I. AHMAD, ESQUIRE
8

9

          ATTORNEY FOR THE DEFENDANTS:
10
               HOWARD KOHN SPRAGUE & FITZGERALD, LLP
11             237 Buckingham Street
               P.O. Box 261798
12             Hartford, Connecticut   06126-1798
               BY: CHRISTOPHER HARRINGTON, ESQUIRE
13

14    Also Present: Susan Hazeldean, Attorney
                    Ohad Barkan, Law School Student
15                  Jialu Chen, Yale Student
                    Anjali Dalal, Law School Student
16                  Ee-Lin Huang, Translator

17

18

19

20

21

22

23

24

25
```

WU v. CHANG'S GARDEN

December 11, 2009

Page 3

1                S T I P U L A T I O N S

2

3          IT IS HEREBY STIPULATED AND AGREED by

4    and between counsel for the respective parties

5    hereto that all technicalities as to proof of

6    the official character before whom the

7    deposition is to be taken are waived.

8          IT IS FURTHER STIPULATED AND AGREED by

9    and between counsel for the respective parties

10   hereto that the reading and signing of the

11   deposition by the deponent are not waived.

12         IT IS FURTHER STIPULATED AND AGREED by

13   and between counsel for the respective parties

14   hereto that all objections, except as to form,

15   are reserved to the time of trial.

16

17

18

19              *     *     *     *     *     *

20

21

22

23

24

25

WU v. CHANG'S GARDEN

December 11, 2009

Page 53

1    had not enough money.  So I ask my father to

2    borrow from my elder, another elder sister.

3          Q    What is her name?

4          A    Lu Pin. Until now I haven't paid this

5    portion of the money yet.

6          Q    Did your father give you any money?

7          A    Well, father and son sometime when I

8    am not enough money I will ask him to give me

9    some.

10          Q    And this is more than just at the

11   beginning when you were trying to buy the

12   restaurant, is that correct?

13                THE INTERPRETER: Could you ask

14   the question again, please?

15          Q    Did you borrow from your father at

16   any other time  --  withdrawn.

17                So you did borrow from your

18   father to start the restaurant, is that

19   correct?

20          A    No.  But then at that time he don't

21   have money.

22          Q    You said he didn't have enough money;

23   did he give you any money?

24          A    That was later.

25          Q    When was that?

```
 1        A    Because when my -- when the business

 2   just start have no business, you know, the

 3   business was no good so I couldn't pay the

 4   employee.

 5        Q    When you started the business, did

 6   your father lend you any money?  "Yes" or

 7   "no."

 8             THE INTERPRETER: Sorry, could

 9   you repeat your question again?

10        Q    When you started the business, did

11   your father lend you any money?

12        A    No.

13        Q    He didn't lend you any money for the

14   purpose of helping you start the business?

15             MS. CHEN: Can I?  Translator?

16             THE INTERPRETER: Yes.

17             MS. CHEN: Like open, like

18   started opening the business?  Or do you mean

19   starting the business like --

20   BY MR. COLLINS:

21        Q    The $65,000 plus that you had to pay

22   in order to start the restaurant, did your

23   father give you any money for that purpose?

24        A    No.

25        Q    You asked him, is that correct?  You
```

WU v. CHANG'S GARDEN                                    December 11, 2009

Page 55

1   asked him?

2        A    Yes.

3        Q    And he told you that he didn't have

4   enough money, is that correct?

5        A    Yes.

6        Q    Did you ask him if he could give you

7   anything?

8        A    I told you already I asked him to

9   borrow some money from my, another elder

10  sister.

11       Q    So he asked your sister for money?

12       A    Yes.

13       Q    Why didn't you?

14       A    Because I was not so good with my,

15  that elder sister since I was young.  We always

16  fight when we were young so I think she get a

17  little angry with me still.  She think that I

18  am very naughty since we were young.

19       Q    I am sorry?

20       A    Since we were young.

21       Q    Did you ask for money from your wife?

22       A    My wife, yes.  I did get some money

23  from her.

24       Q    Was she working at the time?

25       A    Yes.

WU v. CHANG'S GARDEN

```
 1          Q      Where?
 2          A      In New York.
 3          Q      Where did you live when you first
 4    came to Connecticut?
 5          A      I live in an apartment.
 6          Q      Where?
 7          A      I remember it was Route 8 in Ashford.
 8          Q      Did you pay rent there?
 9          A      Yes.
10          Q      How much was your rent?
11          A      $850.
12          Q      Per month?
13          A      Yes.  So all our family members lived
14    there.
15          Q      Which family members?
16          A      Me and my wife, my father, my mother,
17    my elder sister, my elder sister's husband.
18    Only one room, one bedroom and one living room.
19          Q      Did you pay the rent on your own?
20          A      Yes.
21          Q      No one else contributed to the rent?
22          A      Where got money at that time. I
23    invest all the money to the restaurant, into
24    the restaurant.
25          Q      How much money did you put forward
```

WU v. CHANG'S GARDEN

December 11, 2009

Page 57

1      individually?

2                          THE INTERPRETER: You mean into

3      the restaurant?

4                          MR. COLLINS:   Into the

5      restaurant.

6            A      A lot.

7            Q      More than $10,000?

8            A      Yes.

9            Q      More than $20,000?

10           A      Yes.

11           Q      More than $30,000?

12           A      Yes.

13           Q      Forty?

14           A      Yes.

15           Q      Fifty?

16           A      Yes.

17           Q      Sixty?

18           A      Yes.

19           Q      So you put forward the entire $65,000

20     amount on your own?

21           A      More than $65,000. Well, I told you

22     those restaurants rental deposit, electrical

23     deposit, gas deposit.  All these quite a few

24     thousand for every individual.

25           Q      How much money did your sister and

WU v. CHANG'S GARDEN                                    December 11, 2009

Page 58

1    your wife put into the restaurant?

2        A    They did not put in any money.

3        Q    Did you testify previously that

4    Lu Pin and your wife put forward money to help

5    start the restaurant?

6                   MR. HARRINGTON:   Objection to

7    the form.   That mischaracterizes his testimony.

8                   MR. COLLINS:  I asked him what he

9    said.

10       A    I borrowed money from them, I haven't

11   pay them yet until now.

12       Q    So you asked them for the money?

13       A    Yes.

14       Q    How much did they give you?

15       A    My elder sister, I still owe her

16   $5,000.

17       Q    And that's how much she gave your

18   father to give to you?

19       A    Yes.

20       Q    And how much did your wife give to

21   you?

22       A    That I couldn't count.   That I

23   couldn't count.

24       Q    More than $50,000?

25       A    I should say not that much.   Well, I

1    always ask her some small money though.

2         Q     Well, this is at the beginning when

3    you first started the restaurant, how much

4    money did she give you?

5         A     That I should say no. That was all

6    later usually.

7                    MR. AHMAD: That was what?

8                    THE INTERPRETER: That was all

9    occurred later.

10        Q     So in the beginning, how much of your

11   own money -- that you didn't get from your

12   wife, that you didn't get from your sister or

13   from your father through your sister or your

14   sister through your father -- withdrawn.

15                  How much of your own money that

16   you didn't get from anybody else did you put

17   into starting the restaurant?

18        A     I wire all the money from Taiwan.

19                  MS. CHEN: Sorry, I think he

20   actually said I have all the money that I

21   earned since I came here from Taiwan.

22                  THE INTERPRETER: No, wire.   Wire

23   all the money from Taiwan.

24        Q     A bank account in Taiwan?

25        A     Yes.

WU v. CHANG'S GARDEN                            December 11, 2009

Page 60

1        Q      When did you close that bank account?

2        A      I should say maybe in 1998 maybe.

3        Q      After you wired this money? After you

4    wired this money out of the account? After you

5    wired this money out of the account?

6                       THE INTERPRETER: Then after?

7        Q      Please just translate that.

8        A      Yes.

9                       MR. COLLINS:  We are going to

10    take a five-minute break.

11                      (A recess was taken at

12    12:06 p.m.)

13                      (The deposition resumed at 12:15

14    p.m.)

15    BY MR. COLLINS:

16        Q      Before we broke you mentioned that

17    you wired money from Taiwan in order to start

18    Chang's Garden restaurant, is that correct?

19        A      Yes.

20        Q      And you closed that account in 1998

21    also, is that correct?

22        A      It should be but I couldn't give you

23    a certain answer because it's too long ago.

24    And also is not closed by me personally, I did

25    it by asking an agent to help me to call back

WU v. CHANG'S GARDEN

December 11, 2009

Page 61

1    to Taiwan and ask somebody to close for me.

2           Q    Is that your bank account?

3           A    In Taiwan they did not call a bank

4    account, they call it as a post office account.

5           Q    But it belonged to you, is that

6    correct?

7           A    Yes.

8           Q    Did anyone else put money into that

9    account?

10          A    Impossible.  No.

11          Q    So all the money that was in that

12   account you had put into it?

13          A    Yes, before.  That time that was

14   before I come to America.  Those money all

15   belong to me.

16          Q    Did you put any money into it after

17   you came to America?

18          A    No.

19          Q    Is anyone else's name on that

20   account?

21          A    No.

22          Q    Could anyone else access the money

23   inside that account?

24          A    No.

25          Q    Where did the money in the account

WU v. CHANG'S GARDEN                    December 11, 2009

Page 62

1    come from?

2          A      I start working at my age of 16.

3          Q      So  --

4          A      Before I come to America I make more

5    money in Taiwan than I later come to America.

6          Q      Can you explain that?

7          A      In Taiwan, I can manage one whole

8    restaurant.  And the boss let me manage the

9    whole kitchen.  Of course I make more money.

10         Q      When you were 16?

11         A      No, after my 18 years old.

12         Q      So after two years of working inside

13   a restaurant as an apprentice you were able to

14   manage the entire restaurant kitchen?

15         A      You mean me?

16         Q      Yes.

17         A      Yes, I come.

18         Q      Why weren't you a manager when you

19   worked in the United States in kitchens?

20         A      If I managed the kitchen in America,

21   then I couldn't learn any English.  In Taiwan,

22   everybody speak Mandarin, they don't use

23   English at all.  That's why I can -- in Taiwan,

24   I can work outside too.  And I don't wish that

25   I work the whole, my whole life in the kitchen.

WU v. CHANG'S GARDEN                                December 11, 2009

Page 63

1   I was thinking that I must improve myself so
2   that's why.
3        Q     But she said  --  sorry.
4        A     Learn whenever you could until you
5   get old.
6        Q     But you did work in kitchens in the
7   United States when you first came to America,
8   is that correct?
9        A     Yes.
10       Q     And you said that only Mandarin was
11  spoken inside the kitchens in Chinese
12  restaurants?
13       A     Most of them.
14       Q     Not the ones you worked in?
15       A     Those chef who work in the kitchen,
16  they only can speak Mandarin.
17       Q     Right.  So if you had management
18  experience, why didn't you try to be a manager
19  in a kitchen in America?
20       A     Well, this is America.  Everywhere
21  you have to use English.  You go to store and
22  buy something, you have to use English.  If you
23  want to get a driver's license, you have to use
24  English.  If you do not know English, how can
25  you stay here for your whole life?

WU v. CHANG'S GARDEN                                    December 11, 2009

Page 64

1        Q      Why does the kitchen manager need to
2    know English?
3        A      Kitchen manager you don't have to
4    know English.  If you only managed a kitchen,
5    you don't have to know English because you
6    don't have to connect with, have any connection
7    with the customer.
8        Q      Were you a kitchen manager in Taiwan?
9        A      Yes.  Because in Taiwan everybody
10   speak Chinese.
11       Q      Do you know who Ya Hua Lin?
12       A      I know.
13       Q      Does Ya Hua Lin speak English?
14       A      He could speak a little bit.
15       Q      Is he your main chef?
16       A      Yes.  He was, he is.
17       Q      How much money from the Taiwanese
18   account did you wire in order to start Chang's
19   Garden restaurant?
20       A      Maybe 4 million Taiwanese dollar.
21       Q      And how much was that in American
22   currency?
23       A      Because I did not wire all at one
24   time.  Well, I wire them since I start coming
25   to America since 1993.  So every time I wire a

WU v. CHANG'S GARDEN                                    December 11, 2009

Page 65

1   little bit.  Every year I -- every year average

2   I wire like 80,000 of Taiwanese money to here.

3   In 1993, one U.S. dollar equal 25 Taiwanese

4   dollar.  In 1996 and 1997 one U.S. dollar

5   equal 36 Taiwanese dollar.  32 Taiwanese

6   dollar.  Now I don't know.

7        Q    How much money did you wire from this

8   account in 1998 for the purpose of starting the

9   restaurant?

10       A    Well, in 1998, this account -- in

11  1998, this account, I wire almost about

12  40,000 U.S. dollar to here from this account.

13  And then the agent closed my account because

14  the account have no more money.

15       Q    Did you have any savings in America

16  at the time?

17       A    Yes.

18       Q    How much?

19       A    Well, I wire all the money and also

20  have I have some money to save in.

21                    THE WITNESS: Money from Taiwan.

22       A    The money from Taiwan.  About 4

23  million Taiwanese money.  Every time I wire in,

24  I save in the bank.  Since 1993.

25       Q    You didn't spend any of it?

WU v. CHANG'S GARDEN                          December 11, 2009

Page 66

1       A     I don't need to spend.  I know how to

2   earn money.  That is enough for my expenses.

3       Q     So in 1998 you had the entire 4

4   million Taiwanese dollars and your savings?

5       A     Yes.

6       Q     And did you also use that to start

7   the restaurant?

8       A     Yes.

9       Q     How much did you make as a kitchen

10  manager in Taiwan?

11      A     I work until I become, I going to

12  serve as an army.  Sometime I can make like

13  25,000 a month Taiwanese money.  That is about,

14  you know, when the Chinese New Year's period

15  because at that period there were a lot of

16  party in the restaurant.

17      Q     And what about  --  what's the least

18  you've ever made a month?

19      A     Maybe 15,000 a month.

20      Q     Do you have family in Taiwan?

21      A     You mean now?

22      Q     Now.

23      A     Yes.

24      Q     Did you in 1998?

25      A     Yes.

WU v. CHANG'S GARDEN

December 11, 2009

1      Q      And in 1993?

2      A      Yes.

3      Q      And when you were working as a

4  kitchen manager?

5      A      Yes.

6      Q      What did  --  are they employed?

7      A      You mean they?  Which they you mean?

8  Who you are indicate?

9      Q      Which family members live in Taiwan?

10 Lived in Taiwan when you were living there?

11     A      Which period you are indicate?  Well,

12 my wife  --  well, I came to America when I was

13 21 and when I was young, all my family was in

14 Taiwan.

15     Q      Did you put any other money into this

16 Taiwanese account other than your salary when

17 you were working in Taiwan?

18     A      I don't understand your meaning.

19     Q      Did you put any money into the

20 account, other than the salary from when you

21 were working in Taiwan?

22     A      Yes.

23     Q      What else?

24     A      Many.  Many.  Because well, I give

25 some example.  Like in Taiwan, work as a main

1   chef. If you had a married party, they will
2   usually have to get some red packet like the
3   bonus.  After you have the married party, they
4   have to give some red packet to the main chef.
5        Q     Red envelope?
6        A     Well, we cannot say the red packet.
7   Well, it's the kind of, if it is not in Chinese
8   New Year.  That was from the customer.
9        Q     Did -- do you remember when you said
10  that you received 25,000 per month in Chinese
11  New Year?
12       A     Yes.  Because at that time that is a
13  lot of party and customer would give us red
14  packet.
15       Q     So that number includes the red
16  packets?
17       A     Yes.
18       Q     And how many  --  how many other
19  bonuses did you get per year?
20       A     That I couldn't say was my bonuses
21  because that was not given by my boss, it was
22  given by the customer.  It's just like kind of
23  tips.
24       Q     So how much would your income be in a
25  month where you had wedding parties?

WU v. CHANG'S GARDEN

1    we always put $200 first at the very  --  at

2    the beginning of the day.

3                    We have $200 to begin with and

4    then if we, if they take out $1 or $2, if I

5    think that is not correct then I will know

6    that.

7         Q    I am sorry, you will know what?

8         A    Well, because they borrow money from

9    me then I will remember.

10        Q    So if at a certain point there is

11   less than $200 in the register you will know

12   someone has taken money out?

13        A    Well, if every day until the end of

14   the day everything clear and in the cash

15   register is not --- it's less than $200, there

16   must be something wrong.

17        Q    Do you keep track of how much cash

18   comes into the restaurant every day?

19        A    Yes.  Of course.

20        Q    How?

21                    THE WITNESS: What do you mean

22   how?  What do you mean how?

23        Q    If your testimony is that there are

24   $200 in the restaurant at the beginning of the

25   day, is that correct? Is it correct that there

Page 92

1    are $200 in the cash register at the beginning

2    of the day?

3         A    Yes.

4         Q    And then at the end of the day if

5    there are less than $200 you know that

6    somebody has taken money out?

7         A    Well, that is not certainly because

8    sometime it will be less.  Because you have to

9    calculate the whole income, then you could say

10   whether it is less or more.  Sometime we don't

11   even have anything in the cash register in the

12   evening because customer pay credit card and

13   then they sign for some tips.  And then tips we

14   have to pay cash to the waiters, to the

15   delivery man and then we don't have any cash

16   in.  So sometime the cash will be low or less.

17   But then we know if you check everything, if

18   you check everything in the whole day, if

19   there's less, then something wrong.

20            MR. HARRINGTON:  Can you read

21   that whole answer back?

22            (The last question and answer

23   were read by the reporter.)

24            MR. COLLINS:  Let's take a lunch

25   break.  Come back at two.  Does that sound

WU v. CHANG'S GARDEN                                December 11, 2009

Page 93

1    good?

2                        (The luncheon recess was taken

3    at 1:27 o'clock p.m.)

4

5                        *       *       *       *

6

7                        (The deposition resumed at 2:08

8    o'clock p.m.)

9                        MR. COLLINS: I am going to ask

10   the reporter to mark this as Plaintiff's

11   Exhibit 5.

12                       (The document referred to was

13   marked as Plaintiff's Exhibit 5 for

14   identification.)

15   BY MR. COLLINS:

16        Q    I am going to direct your attention

17   to check No. 1678.

18        A    Yes.

19        Q    Did you fill out the information on

20   this check?

21        A    Yes.

22        Q    Is all the handwriting that appears

23   on this check yours?

24        A    Yes, it should be.

25        Q    Are you certain that it is?

WU v. CHANG'S GARDEN

1      A      (Pause).  Yes, it should be.

2      Q      Could it be anybody else's?

3      A      Maybe.

4      Q      What is the purpose of this check?

5      A      This check maybe include some of my

6  salary.  It should be.

7      Q      Can you turn it over, please? Did you

8  endorse this check?

9      A      It doesn't look like -- it looks like

10  me though.

11      Q      Might someone else have endorsed this

12  check on your behalf?

13      A      Maybe, but I think it should be me.

14      Q      Who else might have endorsed it?

15      A      If it's not endorsed by me, sometime

16  I will ask my elder sister to deposit for me.

17      Q      Might your elder sister also have

18  written out the check?

19              THE INTERPRETER: I beg your

20  pardon?

21      Q      Might your elder sister also have

22  filled out the check?

23      A      But I think the name it should be

24  written by me, myself.

25      Q      And your signature?

December 11, 2009

Page 95

1          A     This signature should be my signature

2     that I sign.

3          Q     Did Wei-Wei -- I am sorry, withdrawn.

4          A     Well, it might be the night before I

5     already fill it in and sign it and the next day

6     I might not have time or not, then she might

7     have helped me to deposit it in.

8          Q     Did Wei-Wei endorse checks with your

9     name, on multiple occasions?

10                    MR. HARRINGTON:   Objection to

11    the form.

12         A     What do you mean on multiple times?

13         Q     Is it your testimony that Wei-Wei

14    might have signed the back of this check, the

15    check in your hand? The check I previously

16    identified as Plaintiff's Exhibit 5.   You said

17    it was possible, correct?

18         A     Yes.

19         Q     Has she done so in the past?

20         A     That I am not certain because

21    sometime if I am not in the restaurant and I

22    need to -- need some money to do something, I

23    will ask her to represent me to do something.

24    She is under my instruction with my permission

25    to do that.

WU v. CHANG'S GARDEN                                    December 11, 2009

Page 96

1          Q     Did you give her advance permission

2     to do that?

3          A     Do you mean in 2007, July, before

4     July 17, 2007?

5          Q     Withdrawn.

6                Did you ever  --  did she ever

7     sign your name to a document without you

8     telling her to do so before?

9          A     No, usually she will ask me.  Or I

10    will tell her, instruct her.  Like some -- like

11    some like table washing, tablecloth washing,

12    tablecloth, they came like every Tuesday and

13    Friday -- or Friday.  And I am not in usually

14    during Tuesdays sometime.  And if she came in

15    Tuesday and that is the things that every week

16    have to do this kind of thing, so I will

17    instruct her to sign on behalf of me because

18    the price of those payment is vary of the

19    weeks.  So I, it is impossible for me to write,

20    prepare in advance for the payment. And that is

21    why I instruct her or give her the permission

22    if I'm not in, those payment that need to pay

23    she can, you know, sign on my behalf and do for

24    me.

25               Q     Was there anything else like

WU v. CHANG'S GARDEN                    December 11, 2009

Page 97

1    tablecloth cleaning?

2        A    Of course.

3        Q    What are some other things?

4        A    Sometime they will come and collect

5    the goods delivery money.  And if I'm not in, I

6    will tell her.  Like those goods, delivery

7    money like the beer money.  They also come

8    usually on Tuesday.  Like this kind of money I

9    already instruct her earlier that she have, she

10   can, you know, pay on my behalf.

11       Q    When did you tell her that she could

12   pay on your behalf?

13       A    Since she came like sometime in 2005.

14       Q    And please remind me what the purpose

15   of the check was that you identified in

16   Plaintiff's Exhibit 5.

17            THE INTERPRETER: This one?

18            MR. COLLINS: Yes.

19            THE INTERPRETER: What is the

20   question?

21       Q    Remind me what the purpose of that

22   check was.

23       A    Partly was my gas money and partly

24   was my salary.

25       Q    Is it your testimony that you

December 11, 2009

Page 98

1    generally weren't in the restaurant on

2    Tuesdays?

3                    THE INTERPRETER: What is the

4    question again?  Sorry.

5           Q     Is it correct that you didn't usually

6    come to the restaurant on Tuesday?

7           A     No.

8           Q     That's incorrect?

9           A     Actually, every Tuesday I will go to

10   the restaurant early in the morning.

11          Q     I see.

12          A     And then I make sure that everything

13   is okay.  Then if nothing else, I will go back

14   and take a rest.  And if there is something I

15   have to do, I will stay in the restaurant.

16          Q     When do you go back and take a rest?

17          A     There is what I have to say, it's

18   vary.

19          Q     Is it before the restaurant opens?

20          A     No, it wouldn't happen like that.  It

21   wouldn't.

22          Q     Are there any other days of the

23   week -- were there any other days of the week

24   when you went to the restaurant to make sure

25   everything was okay and then left?