# EXHIBIT D

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

------------------------------x

BING WU, FENG CHUN GUAN,  
TINA WANG, GUI BIN CAI,  
JUN ZHANG, QIN PING YUAN,  
JIN LU MA, ZHEN HAI HE, and  
BAO WEN TAN,

      Plaintiffs,

  -versus-

                           CIVIL ACTION  
                            CASE NO.  
                            3:08-CV-746

CHANG'S GARDEN OF STORRS, LLC,  
CHANG'S GARDEN OF CT, INC.,  
LE SHIH CHANG, HSIANG I CHANG,  
and WEI-WEI CHANG,

      Defendants.

------------------------------x

     Deposition of CHEN WHA CHENG, taken pursuant to the Federal Rules of Civil Procedure, at the OFFICES OF JEROME N. FRANK LEGAL SERVICES ORGANIZATION, 133 Wall Street, New Haven, Connecticut, before Donna Tucker Kelsey, LSR No. 45, and Notary Public in and for the State of Connecticut, on August 31st, 2009, at 9:34 a.m.

Sanders, Gale & Russell  
(203) 624-4157

**EXHIBIT D**

Page 2

```
 1   A P P E A R A N C E S:

 2

 3

 4              For the Plaintiffs:

 5        JEROME N. FRANK LEGAL
          SERVICES ORGANIZATION
 6        133 Wall Street
          New Haven, Connecticut   06511
 7
          BY:   LISA OUELLETTE
 8              Law Student Intern
                MUNEER I. AHMAD, ESQ.
 9              Supervising Attorney
                SUSAN HAZELDEAN, ESQ.
10              Supervising Attorney
                ADY BARKAN
11              Law Student Intern
                (Present until lunch break)
12              (203) 432-4800

13              For the Defendants:

14        HOWARD KOHN SPRAGUE & FITZGERALD, LLP
          237 Buckingham Street
15        Hartford, Connecticut   06126-1798

16        BY:   CHRISTOPHER M. HARRINGTON, ESQ.
                (860) 247-4201
17

18   A L S O   P R E S E N T:

19        Le Shih Chang

20

21

22

23

24

25
```

1    Q.   Susan Chang?
2    A.   Yes.
3    Q.   And how did she contact you?
4    A.   Because my wife used to be work together
5    with Susan in a restaurant in Long Island, so
6    they know each other.  Then I practice like then
7    I believe during the time we don't have contact
8    for a long time.  Then I remember we got a call
9    from Susan say, okay, she gonna open a restaurant
10   in Connecticut, okay, and they need accountant,
11   so yeah.
12   Q.   So Susan said she was going to open the
13   restaurant in Connecticut?
14   A.   Yes, yes.  I'm not sure, cause she open
15   it restaurant or her father, because after that
16   because the documents for officer is father, so I
17   don't know, but I know it's a family business.
18   Q.   What is her father's name?
19   A.   I don't know, sorry, I don't remember,
20   but you have record.
21   Q.   What was that, Hsiang I?
22   A.   Sorry, I don't remember, I really don't
23   remember, I really don't remember.
24   Q.   Have you met her father?
25   A.   Yes.  Her father went to my office very

1  often because her father and Wei-Wei, okay, those
2  two people is the people came to my office to
3  pick up document. I told you before because
4  every month, every quarter I have to send a
5  document, I will send a document to the
6  restaurant, and the people come in to pick up.
7  So there's her, Wei-Wei, either Wei-Wei or her
8  father.
9      Q.  So either Wei-Wei or her father came to
10 your office every month?
11     A.  Not every month.
12     Q.  Every quarter?
13     A.  Not exactly every month, every quarter,
14 as soon as the document, okay, I need to send it
15 to them.
16     Q.  Do you remember when you first met her
17 father?
18     A.  I don't remember, I don't remember
19 exactly time.
20     Q.  Was it around when the restaurant first
21 opened?
22     A.  Sorry, I cannot answer the question, I
23 don't know when.
24     Q.  Was it more than five years ago?
25     A.  More than five years ago?  Because the

## CERTIFICATE

I hereby certify that I am a Notary Public, in and for the State of Connecticut, duly commissioned and qualified to administer oaths.

I further certify that the deponent named in the foregoing deposition was by me duly sworn and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to print under my direction, and the foregoing is a true and accurate transcript of the testimony.

I further certify that I am neither of counsel nor related to either of the parties to said suit, nor am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public this 23rd day of September, 2009

_____
NOTARY PUBLIC
DONNA TUCKER KELSEY
L.S.R. 45

My Commission Expires:

SEPT/ 2011

STATE OF CONNECTICUT
DEPARTMENT OF CONSUMER PROTECTION
SHORTHAND COURT REPORTER
DONNA TUCKER KELSEY

| LIC./REG NO. | EFFECTIVE | EXPIRES |
|---|---|---|
| 45 | 01/01/2008 | 12/31/2010 |

SIGNED