# EXHIBIT E

## EXECUTOR'S DEED

048242

      KNOW ALL MEN BY THESE PRESENTS THAT DOUGLAS W. VAUGHAN, of Venice, California, duly qualified as Executor of the Estate of Hope B. Vaughan (hereinafter "**Grantor**") in consideration of the sum of One Dollar ($1.00) and other good and valuable consideration received to his full satisfaction of **LE-SHIH CHANG and HUA YANG** both of the Town of Ashford, County of Windham and State of Connecticut (hereinafter "**Grantees**"), as Joint Tenants with rights of survivorship, does hereby grant, bargain, sell and confirm unto the said Grantees, and the survivor of them and their heirs and assigns of the survivor of them forever, all such right, title, interest, claim and demand which the said deceased had at the time of her death and which said estate now has in and to all that certain tract, piece or parcel of land, together with the buildings and improvements thereon, situated in the Town of Mansfield, County of Tolland and State of Connecticut, as more particularly described in Schedule A attached hereto and made a part hereof.

      Said premises are conveyed subject to any and all provisions of any ordinance, municipal regulation, or public or private law, building, building line and zoning restrictions as of record may appear, any state of facts an accurate survey or personal inspection of the premises would disclose and balance of taxes on the list of October 1, 1998 and on the List of October 1, 1999, not yet due and payable to the Town of Mansfield, which taxes the Grantees herein assume and agree to pay as part consideration for this deed.

      **TO HAVE AND TO HOLD** the above granted and bargained premises unto the said Grantees and the survivor of them, and the heirs and assigns of the survivor of them forever, to their own proper use and behoof.

      **AND ALSO**, the Grantor covenants with the Grantees that he is duly qualified to act as Executor and has full power and authority as Executor, pursuant to the Last Will and Testament of Hope B. Vaughan, to grant and convey the above described premises in manner and form as aforesaid.

      **AND FURTHERMORE**, the Grantor does for himself and his successors and assigns forever covenant to warrant and defend the premises to the said Grantees, and to the survivor of them and to such survivor's heirs and assigns, against the claims of any person whomsoever claiming by, from or under the Grantor, as Executor.

HART1-830625-1

CONVEYANCE TAX RECEIVED
TOWN $836.50 STATE $1,075.00

_[signature]_
Town Clerk - Mansfield

I certify that this is a true transcript of the information as recorded in this office.
Attest: _[signature]_ Christine Hawthorne, Asst.
Town Clerk-Registrar of Vital Statistics
Dated 1/6/09    Town of MANSFIELD

**EXHIBIT E**

IN WITNESS WHEREOF, Douglas W. Vaughan, Executor of the Estate of Hope B. Vaughan has executed this deed this 17th day of November, 1999.

WITNESS:

_____
Douglas W. Vaughan, Executor of
the Estate of Hope B. Vaughan

STATE OF CALIFORNIA)
                    ) ss:
COUNTY OF Los Angeles)

On this the 17th day of November, in the year 1999, before me Robert T. Brogan a Notary Public of said State, duly commissioned and sworn, personally appeared Douglas W. Vaughan, Executor of the Estate of Hope B. Vaughan, personally known to me (or proved to me on the basis of satisfactory evidence _____) to be the person whose name is subscribed to this instrument, as the Executor of the Estate of Hope B. Vaughan and acknowledged to me that he executed the same as Executor.

In Witness Whereof, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

_____
Notary Public
My Commission expires: 2/9/2001



ROBERT T. BROGAN
Comm. #1126546
Notary Public - California
Los Angeles County
My Comm. Exp. Feb. 09, 2001



## SCHEDULE A

Two certain pieces or parcels of land situated in the Town of Mansfield, County of Tolland and State of Connecticut, on the westerly side of Codfish Falls Road and being more particularly bounded and described as follows:

FIRST PIECE:   Commencing at a point which marks the northwesterly corner of land now of Imanuel Wexler and Betty F. Wexler, which point is the intersection of stone walls and is marked by an iron pin or pipe, the line runs thence S 5° 25' 20" E in a straight line, along the westerly line of land of said Wexler, a distance of eighty (80.00) feet to a point marked by an iron pin or pipe; the line runs thence in a westerly direction by interior angle of 90° in a straight line, along other land now or formerly of Raymond A. Volck and Mary L. Volck, a distance of three hundred (300.00) feet to a point marked by an iron pin or pipe; the line runs thence in a northerly direction by interior angle of 90° in a straight line, along other land now or formerly of Raymond A. Volck and Mary L. Volck, a distance of three hundred forty (340.00) feet, to a point marked by an iron pin or pipe; the line runs thence in an easterly direction by interior angle of 90°, in a straight line along other land now or formerly of Raymond A. Volck and Mary L. Volck, a distance of three hundred (300.00) feet to a point marked by an iron pin or pipe at a stone wall on the westerly side of Codfish Falls Road; the line runs thence in a southerly direction by interior angle of 90°, in a straight line along a stone wall and the westerly line of Codfish Falls Road, a distance of two hundred sixty (260.00) feet, to the point and place of beginning.

Said parcel of land is bounded:

NORTHERLY, SOUTHERLY and WESTERLY: by other land now or formerly of Raymond A. Volck and Mary L. Volck; and

EASTERLY: by Codfish Falls Road and land of Imanuel Wexler and Betty F. Wexler, in part by each

Reference may be made to a Warranty Deed from Raymond A. Volck and Mary L. Volck to Wyman R. Vaughan and Hope B. Vaughan dated June 30, 1966 and recorded in Volume 103, Page 64 of the Mansfield Land Records.

SECOND PIECE:   A certain parcel of land located westerly of the westerly side of Codfish Falls Road as shown on a plan entitled "Plan of Land Surveyed for Randolph T. Major Codfish Falls Road Mansfield, Connecticut Scale 1" = 40' July, 1971 Kieltyka and Woodis, Land Surveyors", and being more particularly bounded and described as follows:

Commencing at an iron pin, said iron marking the southeast corner of the herein described tract, and the southwest corner of other land now or formerly of Wyman R. Vaughan and Hope B. Vaughan; thence S 85° 37' 26" W, 53.36 to an iron pin in a stone wall; thence N 56° 29' 34" W, 38.16 feet along a wall to an iron pin; thence N 52° 11' 05" W, 81.98 feet along wall to an iron pin; thence N 42° 24' 51" W, 37.64 feet along wall to an iron pin; thence N 51° 36' 59" E, 201.96 feet to an iron pin in the west line of other land now or formerly of Wyman R. Vaughan and Hope B. Vaughan, the last five courses being bounded by other land now or formerly of Randolph T. Major; thence S 4° 22' 34" E, 221.10 feet along other land now or formerly of Wyman R. Vaughan and Hope B. Vaughan to an iron pin and the point and place of beginning.

The above described parcel contains 0.503 acres.

Reference may be made to a Warranty Deed from Randolph T. Major to Wyman R. Vaughan and Hope B. Vaughan dated July 19, 1971 and recorded in Volume 114, Page 358 of the Mansfield Land Records.

Item # 48242   Received for Record   December 2, 1999
at 12:53 p.m.  Attest _____   Town Clerk