## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BING WU, FENG CHUN GUAN, TINA WANG, GUI BIN CAI, JUN ZHANG, QIN PING YUAN, JIN LU MA, ZHEN HAI HE, and BAO WEN TAN, : : : : Plaintiffs, : : vs. : : CHANG'S GARDEN OF STORRS, LLC, : CHANG'S GARDEN OF CT, INC, : LE SHIH CHANG, HSIANG I CHANG, : : Defendants. : | CIVIL ACTION NUMBER<br><br>3:08-CV-00746-WWE<br><br><br><br><br><br><br><br><br>April 23, 2010 |

## NOTICE OF BANKRUPTCY FILING

Defendant Hsiang I Chang hereby gives notice to this Court and to all other parties to this action that on April 23, 2010 defendant Hsiang I Chang filed a petition for Chapter 7 Bankruptcy protection before the United States Bankruptcy Court for the District of Connecticut. A copy of the Bankruptcy Notice is attached hereto. Consequently, pursuant to 11 U.S.C. § 362(a), this action must be stayed until such time as the defendant's bankruptcy petition is resolved either by discharge or dismissal or relief from the automatic stay is obtained.

                DEFENDANT
                HSIANG I CHANG


By:     /s/   Ct16851
         Christopher M. Harrington, Esq.
         Fed Bar No: ct 16851
         Howard, Kohn, Sprague & FitzGerald
         237 Buckingham Street
         Hartford CT 06126-1798
         Ph: (860) 525-3101; Fax: (860)247-4201
         cmh@hksflaw.com

## CERTIFICATION

      I hereby certify that on April 23, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of this Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Michael J. Wishnie, Esq.
Muneer I. Ahmad, Esq.
Jerome N. Frank Legal Services
Yale Law School
127 Wall Street
New Haven, CT 06511

                                                      /s/
                                    Christopher M. Harrington, Esq.