UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BING WU, FENG CHUN GUAN, TINA WANG, GUI BIN CAI, JUN ZHANG, QIN PIN YUAN, JIN LU MA, ZHEN HAI HE, and BAO WEN TAN,<br>　　　　Plaintiffs,<br><br>v.<br><br>CHANG'S GARDEN OF STORRS, LLC, CHANG'S GARDEN OF CT, INC., LE SHIH CHANG, and HSIANG I CHANG,<br>　　　　Defendants. | 3:08-cv-746 (WWE) |

## ORDER ON OBJECTION TO MOTION FOR SUMMARY JUDGMENT

Plaintiffs Bing Wu, Feng Chun Guan, Tina Wang, Gui Bin Cai, Jun Zhang, Quin Ping Yuan, Jin Lu Ma, Zhen Hai He, and Bao Wen Tan object to the filing of a defense summary judgment.

Plaintiffs maintain that the motion for summary judgment is untimely because it was filed more than thirty days after the last act of discovery was completed, which was February 18, 2010.[1]  Defendants assert that the motion is not untimely because Magistrate Judge Fitzsimmons set the date for discovery completion as March 1, 2010. The Court agrees that the last day on which discovery could have occurred is the proper date to assess the timeliness of the motion.

Even if the motion were untimely, the Court would allow its filing for good cause. See Villante v. VanDyke, 93 Fed. Appx. 307, 309 (2d Cir. 2004) (district court may modify scheduling order upon good cause).  Here, the interests of justice and judicial

---

[1] The scheduling order required that dispositive motions be filed no later than thirty days after the close of discovery.

economy are served if questions of law are resolved prior to trial.  The Court will schedule a trial in this matter after it resolves the instant motion for summary judgment.

Plaintiffs may file a substantive opposition to the pending motion for summary judgment within 21 days of this order's filing date.

           _____/s/_____

Warren W. Eginton
Senior U.S District Judge

Dated this \_27th\_ day of April, 2010 at Bridgeport, Connecticut.