# EXHIBIT A

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
* * * * * * * * * * * * * *
                           *
BING WU, FENG CHUN         *
GUAN, TINA WANG, GUY       *
BINCAI, JUN ZHANG, QIN
PING YUAN, JIN LU MA,
ZHEN HAI HE AND BAO
WEN TAN,
          Plaintiffs       *
                           *   Civil Action No:
       -versus-            *   3:08 CV-746
                           *
CHANG'S GARDEN OF          *
STORRS, LLC, LE SHIH       *
CHANG, HSIANG I CHANG
AND WEI-WEI CHANG,
          Defendants       *
                           *
* * * * * * * * * * * * * *
```

        Deposition of LE SHIH CHANG, taken

pursuant to the Notice of Deposition

held at the Yale Law School, 133 Wall

Street, New Haven, Connecticut,

before Cherie Dickson Toman, LSR

No. 00143, and a Notary Public in and

for the State of Connecticut, on

        Tuesday, December 15, 2009

        at 10:23 o'clock a.m.

```
 1   A P P E A R A N C E S:

 2

 3

 4        ATTORNEYS FOR THE PLAINTIFFS:

 5             JEROME N. FRANK LEGAL SERVICES
               ORGANIZATION
 6             127 Wall Street
               New Haven, Connecticut   06520-9090
 7        BY:  WILLIAM COLLINS, LAW SCHOOL STUDENT
               MUNEER I. AHMAD, ESQUIRE
 8

 9
          ATTORNEY FOR THE DEFENDANTS:
10
               HOWARD KOHN SPRAGUE & FITZGERALD, LLP
11             237 Buckingham Street
               P.O. Box 261798
12             Hartford, Connecticut   06126-1798
          BY:  CHRISTOPHER HARRINGTON, ESQUIRE
13

14

15   Also Present: Susan Hazeldean, Attorney
                   Ohad Barkan, Law School Student
16                 Shaoshuai Mou, Yale Student
                   Anjali Dalal, Law School Student
17                 Ee-Lin Huang, Translator
                   Bing Wu, Plaintiff
18                 Jun Zhang, Plaintiff

19

20

21

22

23

24

25
```

```
 1                  S T I P U L A T I O N S
 2
 3            IT IS HEREBY STIPULATED AND AGREED by
 4    and between counsel for the respective parties
 5    hereto that all technicalities as to proof of
 6    the official character before whom the
 7    deposition is to be taken are waived.
 8            IT IS FURTHER STIPULATED AND AGREED by
 9    and between counsel for the respective parties
10    hereto that the reading and signing of the
11    deposition by the deponent are not waived.
12            IT IS FURTHER STIPULATED AND AGREED by
13    and between counsel for the respective parties
14    hereto that all objections, except as to form,
15    are reserved to the time of trial.
16
17
18
19                  *    *    *    *    *    *
20
21
22
23
24
25
```

1    (Please Note: Le Shih Chang speaks some
2    English, which he did throughout the course of
3    the deposition. Within the transcript, whenever
4    "THE WITNESS:" appears, it was Mr. Chang
5    speaking English. Whenever "THE INTERPRETER:"
6    appears, it was the interpreter speaking in
7    colloquy. Whenever "A" appears it was the
8    interpreter translating Mr. Chang's testimony
9    into English.)
10
11              EE-LIN HUANG
12   having been called as an interpreter, was first
13   duly sworn and translated the testimony as
14   follows:
15
16
17              LE SHIH CHANG
18   having been called as a witness, was first duly
19   sworn and testified on his oath as follows:
20
21              DIRECT EXAMINATION
22   BY MR. COLLINS:
23       Q    Okay, Mr. Chang, today is the
24   deposition, the depositions of persons with
25   knowledge about Chang's Garden of Storrs,

```
 1    L.L.C. and Chang's Garden of CT, Inc. Do you
 2    understand?
 3         A    I know.
 4         Q    I am going to ask you some questions
 5    about both of those business entities.
 6         A    Okay.
 7         Q    As when you were deposed in your
 8    individual capacity, you will have to answer
 9    these questions under oath.
10         A    Yes.
11         Q    And you're bound by law to tell the
12    truth in this situation, just as the last.
13         A    Yes.
14         Q    And I'm just going to remind you that
15    the court reporter is transcribing our
16    conversation, so when you respond to one of my
17    questions, please speak.  Say the answer aloud
18    so that it can be transcribed.
19         A    Yes.
20         Q    Before answering my questions, please
21    allow the translator to translate.
22         A    Yes.
23         Q    And if you don't understand one of my
24    questions, please say so.
25         A    Yes.
```

```
 1   maybe 10 or 20 minutes.
 2                 MR. HARRINGTON:  Okay.
 3                 (A recess was taken at 4:42
 4   p.m.)
 5                 (The deposition resumed at 4:44
 6   p.m.)
 7   BY MR. COLLINS:
 8        Q    Back to Plaintiff's Exhibit 19 in
 9   front of you.  You previously testified that
10   your accountant -- withdrawn.
11                 How did Chang's Garden of
12   Storrs, L.L.C. file its taxes?
13        A    What tax?  You mean the business tax?
14        Q    Business tax.
15        A    We have record every day in the
16   paper.  My cashier will write everything for
17   me.  Credit, credit card, check, cash and there
18   is a company work with us called
19   Kempersfood.com.  They also will fax everyday's
20   business amount that fax it to me.  That is the
21   online order.  And then the cashier in front,
22   who work in front, will total them out for me,
23   that is my whole day's business.  And they will
24   write it every day for me until the 30 days,
25   end of the month, or the 31st every month.  And
```

1  I will total them out and then maybe a day
2  later or so I will fax this amount to my
3  accountant. So my accountant should have what
4  the amount I have. And then she will retain
5  them also. I think this is the most simple way
6  to calculate my business amount.
7      Q    You compute the monthly total revenue
8  on your own. Is that correct?
9      A    Do you mean myself? My personal one?
10     Q    Your personal self, yes.
11     A    You mean my personal income?
12     Q    No, sorry. Your income for the
13 restaurant for the entire month.
14     A    Yes, it is what I have told you, we
15 wrote it every day. We wrote it everyday and I
16 wrote it everyday. And then end of the month I
17 will fax all the material to my accountant.
18     Q    But the cashier writes it everyday
19 and then you put it all together. Is that
20 right?
21     A    They wrote it everyday and then I
22 just total them up everyday, every column for
23 the month.
24     Q    How does the cashier keep track of
25 the cash revenue?

```
 1        A    Because everyday since we open the
 2   restaurant, everyday we put $200 in cash in the
 3   register.  When we close on that day, when the
 4   business finish on that day, she would just
 5   have to put back the $200 in the cash register
 6   and then the remain means the day we earn.  The
 7   day we earn in a day  --  the amount that we
 8   earn in a day for the cash.  That is the income
 9   from cash.  And if credit card, they have
10   machine.  She just have to press the second
11   one.  Then they will come up all the total from
12   the credit card.  Then about the
13   Kempersfood.com, at 9:00 they will fax the
14   daily report to our restaurant.  They also have
15   the amount that they sold the goods online.  So
16   the cashier just have to total up all these
17   amount.  We don't have other income.
18        Q    What do you do with the cash income
19   at the end of the day?
20        A    I will keep it.
21        Q    What will you do with it?
22        A    I just keep it.  I do not use it for
23   anything.
24        Q    Where would you keep it?
25        A    Sometime I keep it with me.  Because
```

```
 1   sometimes when I take out some cash from the
 2   bank, which is not enough for paying the
 3   salary, then I have to combine this cash to pay
 4   the salary for my employee.  So when there is
 5   any remain, then that was my money.  Just like
 6   that.  Then if there is any remain, then we
 7   have.  But usually, our cash is so less, it's
 8   usually not enough for use.
 9       Q    You said if there's any remain and
10   then I am not sure you finished that sentence.
11       A    I will keep it myself but I did not
12   spend it.  Because there is always have some
13   extra usage that we have to pay.  And I also
14   have to keep some in the restaurant because we
15   usually need cash.  Why we need cash?  Because
16   they need tips.  The tips in the credit card, I
17   have to pay them cash.  I cannot hold their
18   tips, I have to give them cash.
19       Q    Where in the restaurant did you keep
20   the money?
21       A    (Pause).
22       Q    I am not planning to rob you.
23       A    There are many people come and rob
24   the Chinese restaurant.  Can I do not tell you
25   this?  Because it's too many people here.
```

# CERTIFICATE

I hereby certify that I am a Notary Public, in and for the State of Connecticut, duly commissioned and qualified to administer oaths.

I further certify that the deponent named in the foregoing deposition was by me duly sworn and thereupon testified as appears in the foregoing deposition that said deposition was taken by me stenographically in the presence of counsel and reduced to print under my direction, and the foregoing is a true and accurate transcript of the testimony.

I further certify that I am neither of counsel nor related to either of the parties to said suit, nor am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public this __16th__ day of __December__, 20 __09__.

_____
NOTARY PUBLIC
CHERYL TOMAN
L.S.R. 143

My Commission Expires:

JUNE/ 2010

**STATE OF CONNECTICUT**
DEPARTMENT OF CONSUMER PROTECTION
SHORTHAND COURT REPORTER
CHERYL D TOMAN

| LIC. / REG NO. | EFFECTIVE | EXPIRES |
|---|---|---|
| SHR.0000143 | 01/02/2008 | 12/31/2010 |

SIGNED _____