# EXHIBIT B

张家园 1244 Storrs Rd. 860 487-1688
CT. 06268

DAILY INCOME REPORT MONTH OF 1 月, YEAR OF 2005

| CARD TIPS | D/WK | DATE | TOTAL | CASH | AM/EXP | MASTER | VISA/~~NIGHT~~ | ~~OTHER~~ Discovery | ~~CR CARD/TIPS~~ CHECK |
|---|---|---|---|---|---|---|---|---|---|
| 90.56 | | 1 | 1266.60 | 105.34 | 89.58 | 652.14 | 419.54 | — | — |
| 90.85 | | 2 | 1284.20 | 115.39 | 56.61 | 430.38 | 661.79 | 20.23 | — |
| 86.50 | | 3 | 825.95 | 65.39 | 73.53 | 400.14 | 246.75 | — | 38.14 |
| 104.11 | | 4 | 932.58 | 79.64 | 52.45 | 347.62 | 428.84 | — | 24.00 |
| 115.38 | | 5 | 1610.30 | 129.55 | 108.76 | 585.38 | 588.94 | — | 277.72 |
| 48.00 | | 6 | 636.55 | 51.40 | 17.32 | 293.29 | 206.54 | — | 68.00 |
| 171.15 | | 7 | 1989.50 | 165.41 | 134.38 | 659.97 | 908.48 | — | 61.56 |
| 158.15 | | 8 | 1085.55 | 89.72 | 82.88 | 272.33 | 640.62 | — | — |
| 111.90 | | 9 | 1291.35 | 105.72 | 87.65 | 467.05 | 584.50 | — | 46.43 |
| 88.55 | | 10 | 1015.45 | 87.59 | 41.13 | 303.34 | 583.39 | — | — |
| 72.65 | | 11 | 971.20 | 85.75 | 64.40 | 490.46 | 330.59 | — | — |
| 107.55 | | 12 | 1501.15 | 129.30 | 231.55 | 414.65 | 688.65 | — | 43.00 |
| 116.20 | | 13 | 1592.00 | 135.17 | 223.51 | 469.75 | 945.11 | — | — |
| 126.11 | | 14 | 1922.65 | 165.39 | 148.42 | 656.01 | [illegible] | 103.63 | [illegible] |
| [illegible] | | 15 | 1306.65 | 108.55 | 142.74 | 480.46 | [illegible] | 40.95 | 70.00 |
| 162.70 | | 16 | 2091.10 | 181.50 | 110.74 | 845.11 | 795.22 | 127.09 | 31.64 |
| 141.14 | | 17 | 1595.65 | 131.24 | 112.05 | [illegible] | 619.60 | 43.05 | — |
| 92.20 | | 18 | 1346.35 | 115.11 | 112.88 | 594.53 | 409.83 | — | [illegible] |
| 105.15 | | 19 | 1525.95 | 131.55 | 260.04 | 650.28 | 329.72 | [illegible] | 41.55 |
| 121.30 | | 20 | 1472.10 | 129.63 | 90.92 | 581.45 | 543.36 | 126.74 | — |
| 236.39 | | 21 | 2805.15 | 241.70 | 386.25 | 835.87 | 1183.29 | 158.04 | — |
| 102.80 | | 22 | 1263.40 | 112.70 | 118.40 | 404.22 | 596.66 | 31.40 | — |
| 74.17 | | 23 | 852.75 | 75.34 | — | 198.50 | 532.91 | — | [illegible] |
| 116.80 | | 24 | 1220.40 | 109.51 | 70.83 | [illegible] | 567.29 | 22.30 | — |
| 122.17 | | 25 | 1451.30 | 129.73 | 84.52 | 609.97 | 555.76 | 55.21 | 16.11 |
| 119.04 | | 26 | 1334.20 | 115.43 | 186.60 | 504.62 | 527.55 | — | — |
| 126.90 | | 27 | 1790.15 | 149.15 | 161.34 | 691.41 | 737.60 | 29.35 | 21.30 |
| 194.74 | | 28 | 2726.95 | 237.53 | 179.56 | 1157.87 | 937.34 | 158.07 | [illegible] |
| 133.58 | | 29 | 1842.15 | 159.14 | 11.13 | 725.41 | 957.88 | 38.59 | — |
| 196.64 | | 30 | 2228.35 | 190.76 | 342.12 | 824.06 | 871.41 | — | — |
| 99.24 | | 31 | 1164.30 | 95.43 | 81.88 | 557.61 | 353.22 | 76.16 | — |
| | | MONTH TOTAL | 45978.50 | 3924.78 | 3671.23 | 19162.66 | 19169.58 | 1138.52 | 911.73 |

[illegible] = 40213.52 +1.06 = 38031 2281.86

DAILY INCOME REPORT  MONTH OF _____, YEAR OF 2005

| D/WK | DATE | TOTAL | CASH | AM/EXP | MASTER | VISA/NMAST | OTHER | CR CARD/TIPS |
|---|---|---|---|---|---|---|---|---|
| 28 32 | 1 | 1747 50 | 141 57 | 102 22 | 534 23 | 838 57 | 130 91 | |
| 113 20 | 2 | 1620 15 | 139 55 | 163 88 | 65 91 | 651 71 | 384 10 | |
| 192 65 | 3 | 2150 90 | 181 53 | 170 43 | 1068 26 | 681 78 | 40 00 | 36 00 |
| 174 58 | 4 | 2300 05 | 184 78 | 584 01 | 855 49 | 867 52 | 230 50 | |
| 137 80 | 5 | | 141 55 | | 560 00 | | | |
| 81 30 | 6 | 1303 05 | 109 55 | 146 16 | 521 92 | 466 00 | 60 00 | |
| 88 09 | 7 | 1157 70 | 97 14 | 145 35 | 409 19 | 419 00 | | 24 19 |
| 121 12 | 8 | 1117 35 | 121 53 | 127 71 | 549 71 | 209 24 | 271 00 | 50 00 |
| 241 52 | 9 | | 196 70 | 179 00 | 1012 15 | 917 55 | 271 00 | |
| 77 50 | 10 | 1163 75 | 95 15 | 77 00 | 491 49 | 462 29 | | |
| 193 17 | 11 | 2177 45 | 181 53 | 193 69 | 565 00 | 1069 11 | 161 92 | |
| 169 17 | 12 | | 201 52 | 331 54 | 879 17 | 967 51 | 140 00 | |
| 49 00 | 13 | 1513 35 | 125 52 | 79 00 | 509 00 | 114 55 | 64 00 | |
| 202 00 | 14 | 2542 30 | 215 50 | 140 65 | 1102 17 | 1031 66 | 518 00 | |
| 147 77 | 15 | 1735 95 | 147 60 | 225 01 | 726 59 | 568 87 | 67 89 | |
| 131 30 | 16 | 1675 15 | 161 78 | 129 60 | 530 13 | 826 19 | 27 41 | |
| 153 90 | 17 | 1915 50 | 170 51 | 230 68 | 560 13 | 871 81 | 51 89 | 90 00 |
| 142 00 | 18 | 2033 15 | 171 33 | 155 05 | 761 71 | 805 61 | 62 19 | 72 86 |
| 73 82 | 19 | 1281 30 | 105 42 | 34 25 | 556 05 | 568 72 | 16 86 | |
| 106 00 | 20 | 1192 80 | 98 37 | 53 00 | 385 06 | 590 37 | 66 09 | |
| 132 90 | 21 | 1418 35 | 125 74 | 104 15 | 371 35 | 705 16 | 123 05 | |
| 121 00 | 22 | 1410 25 | 119 77 | 79 00 | 664 39 | 539 08 | 896 | |
| 131 73 | 23 | 1596 40 | 141 23 | 137 11 | 488 67 | 738 50 | 42 99 | 47 90 |
| 168 82 | 24 | 1749 85 | 151 32 | 157 05 | 568 89 | 768 82 | 82 55 | 27 40 |
| 235 45 | 25 | 2328 15 | 225 11 | 74 75 | 835 99 | 1041 31 | 150 99 | |
| 157 70 | 26 | 1881 85 | 165 34 | 210 38 | 613 89 | 781 37 | 110 86 | |
| 105 36 | 27 | 1363 65 | 119 70 | 86 51 | 630 44 | 451 35 | 25 69 | 44 36 |
| 114 57 | 28 | 1522 60 | 131 53 | 164 63 | 771 71 | 454 73 | | |
| | 29 | | | | | | | |
| | 30 | | | | | | | |
| | 31 | | | | | | | 91 00 |
| 3456 98 | MONTH TOTAL | 44946 60 | 4177 80 | 3912 43 | 18499 78 | 20210 25 | 2246 16 | 91 00 |

DAILY INCOME REPORT — MONTH OF _____, YEAR OF _____

| BANK | DATE | TOTAL | CASH | AM/EXP | MASTER | VISA/NMAST | OTHER | CR CARD/TIPS |
|---|---|---|---|---|---|---|---|---|
| 93 60 | 1 | 1140.80 | 98.74 | 39.85 | 499.59 | 448.40 | 10.81 | 43.41 |
| 149 27 | 2 | 1765.75 | 150.33 | 98.84 | 652.57 | 819.18 | 44.84 | — |
| 126 14 | 3 | 1903.65 | 135.71 | 198.43 | 768.25 | 676.97 | 124.35 | — |
| 151 32 | 4 | 2086.35 | 158.24 | 104.57 | 905.21 | 771.65 | 135.08 | 11.55 |
| 142 31 | 5 | 1549.05 | 139.56 | 198.69 | 546.48 | 613.54 | 50.78 | — |
| 47 35 | 6 | 796.05 | 52.35 | 35.75 | 155.20 | 457.12 | 95.63 | — |
| 51 75 | 7 | 744.55 | 59.10 | 121.37 | 176.90 | 353.32 | 33.26 | 30.53 |
| 51 37 | 8 | 710.55 | 61.32 | 32.86 | 236.56 | 320.68 | 28.60 | 60.29 |
| 123 83 | 9 | 1400.05 | 125.35 | 155.21 | 438.21 | 557.64 | 63.35 | 322.65 |
| 96 21 | 10 | 1575.45 | 115.34 | 107.57 | 490.94 | 436.45 | 102.50 | 108.95 |
| 199 42 | 11 | 1795.80 | 151.33 | 81.64 | 691.18 | 623.46 | 139.19 | — |
| 85 10 | 12 | 1377.15 | 121.64 | 102.80 | 580.09 | 549.77 | 22.85 | 54.00 |
| 146 38 | 13 | 1837.40 | 159.77 | 98.58 | 898.22 | 467.41 | 158.54 | — |
| 110 92 | 14 | 1138.25 | 98.72 | 97.34 | 314.33 | 518.10 | 109.76 | — |
| 271 25 | 15 | 2236.80 | 188.62 | 245.97 | 573.57 | 1142.87 | 85.00 | — |
| 242 70 | 16 | 2432.15 | 210.64 | 326.55 | 899.24 | 959.97 | 36.15 | 23.20 |
| 124 52 | 17 | 1540.75 | 139.22 | 102.43 | 541.74 | 720.61 | 13.75 | 18.20 |
| 149 78 | 18 | 2015.60 | 171.63 | 93.95 | 832.61 | 739.93 | 159.48 | — |
| 127 76 | 19 | 1693.10 | 149.33 | 65.00 | 697.02 | 742.89 | 38.86 | — |
| 198 25 | 20 | 2221.35 | 189.68 | 272.88 | 842.86 | 839.30 | 70.37 | — |
| 106 08 | 21 | 1451.50 | 128.57 | 142.07 | 612.03 | 409.00 | 15.21 | — |
| 124 56 | 22 | 1299.15 | 109.69 | 68.66 | 465.59 | 324.84 | 138.37 | — |
| 215 89 | 23 | 2364.05 | 198.54 | 168.52 | 1037.27 | 601.83 | 150.82 | — |
| 142 05 | 24 | 1814.65 | 157.81 | 200.84 | 638.09 | 784.50 | 113.86 | — |
| 173 47 | 25 | 2041.15 | 181.46 | 270.01 | 838.56 | 685.29 | 68.57 | — |
| 200 95 | 26 | 2630.50 | 201.57 | 115.38 | 1076.50 | 919.40 | 280.29 | 37.00 |
| 156 27 | 27 | 1797.30 | 159.74 | 95.00 | 736.12 | 681.02 | 173.83 | — |
| 121 19 | 28 | 1142.55 | 95.11 | 52.30 | 418.37 | 488.17 | 87.0 | — |
| 117 33 | 29 | 1565.90 | 141.52 | 38.35 | 280.99 | 656.18 | 89.10 | 14.00 |
| 139 05 | 30 | 1736.25 | 151.24 | 107.43 | 919.96 | 418.64 | 88.93 | — |
| 111 75 | 31 | 1861.90 | 161.81 | 27.29 | 720.72 | 240.87 | 64.03 | 16.87 |
| MONTH TOTAL | | 51671.40 | 4364.99 | 4461.65 | 19770.65 | 19544.57 | 2722.39 | 784.15 |

416594

Changes between ... ... Scott Cash
12 mos same ... Store closed ... 200 to 5 ...

| D/MO | TOTAL | CASH | AME/EXP | MASTER | VISA | DISCOVER | C/TIP | CHECK |
|---|---|---|---|---|---|---|---|---|
| 1 | 853.25 | 75.39 | 27.15 | 218.92 | 495.13 | 36.70 | 70.00 | |
| 2 | 1648.50 | 111.33 | 101.42 | 688.41 | 668.73 | 48.61 | 141.97 | |
| 3 | 1662.45 | 149.63 | 245.84 | 775.11 | 381.83 | 85.16 | 123.55 | |
| 4 | 904.45 | 91.60 | 134.04 | 309.83 | 421.34 | 37.74 | 61.10 | |
| 5 | 1052.30 | 95.33 | 146.70 | 305.49 | 457.51 | | 86.85 | 2.00 |
| 6 | 621.40 | 51.34 | 95.07 | 185.65 | 241.56 | 47.78 | 41.00 | |
| 7 | 1119.75 | 85.61 | 28.36 | 247.58 | 496.35 | 2,315 | 80.30 | 32.00 |
| 8 | 1098.30 | 101.64 | 125.17 | 396.96 | 413.93 | | 74.60 | 31.54 |
| 9 | 1116.35 | 100.52 | 32.83 | 417.54 | 368.05 | 164.38 | 80.65 | |
| 10 | 1302.05 | 121.11 | 106.94 | 352.92 | 65.34 | 25.10 | 80.93 | |
| 11 | | 75.41 | 49. | | | 1.00 | | |
| 12 | | 169.50 | 24. | 7. | | | 161.11 | |
| 13 | 1115.00 | 101.20 | 73.00 | | 504.35 | | 80.00 | |
| 14 | 1281.40 | 115.68 | 286.93 | 223.51 | 0093 | 60.00 | 100.99 | |
| 15 | | | 7. | | | 51.44 | | |
| 16 | | 121.12 | 127.16 | 445.94 | 517.13 | 50.01 | 83.34 | 2.00 |
| 17 | | 108.63 | | | | | | 39. |
| 18 | | 81.65 | | | | | | |
| 19 | 1033.05 | 131.55 | | | | | | |
| 20 | 849.65 | 81.09 | | | | | | |
| 21 | 955.80 | 79.61 | 97. | | 41. | | | |
| 22 | 885.20 | 84.41 | 1. | | | | | |
| 23 | | | 5. | 45.933 | | | 121.00 | |
| 24 | | | | 59. | | | | |
| 25 | 1103.50 | 101.64 | 98.50 | 255.30 | 403.12 | 84.14 | 58.10 | 125.00 |
| 26 | 1391.95 | 115.79 | 48.02 | 525.36 | 661.80 | 40.98 | 105.00 | |
| 27 | 1188.73 | 98.40 | 60.13 | 247.97 | 618.37 | 38.26 | 97.54 | |
| 28 | 986.90 | 91.11 | 46.15 | 304.85 | 467.16 | 77.03 | 97.85 | |
| 29 | 1589.55 | 139.53 | 246.94 | 272.35 | 833.73 | 3,482 | 138.51 | |
| 30 | 1439.55 | 128.12 | 174.15 | 611.44 | 497.02 | 41.82 | 101.00 | 25.00 |
| 31 | | | | | | | | |
| Total | 36344.07 | 3194.03 | 3330.89 | 11612.51 | 15211.89 | 17845.70 | | 1/13.49 |

12129.19 + 1106 = 12376.24
...
... - 3985 ...

= 3985.0

# DAILY INCOME REPORT  MONTH OF 5.0, YEAR OF 2005

| D/WK | DATE | TOTAL | CASH | AM/EXP | MASTER | VISA/NMAST | OTHER | CR CARD/TIPS |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2077.45 | 178.35 | | 849.52 | | | |
| | 2 | 1300.50 | 105.52 | 142.02 | 117.00 | 551.80 | | |
| | 3 | | 168.38 | 126.32 | | 86.40 | | |
| | 4 | 2847.10 | 179.63 | 165.88 | | | | 72.00 |
| | 5 | | 58 | | 1044.68 | | | |
| | 6 | 29 | 201.76 | 118.01 | 1215.00 | 138.00 | 61.35 | |
| | 7 | 4163.50 | | | 1808.11 | 150 | | |
| | 8 | | 65 | 210 | 1010 | 134.00 | 16 | |
| | 9 | 1057.00 | 89.00 | 2150 | | 40.00 | 57.00 | |
| | 10 | 768 | 65.00 | 42.00 | 30 | | | |
| | 11 | 1098.20 | 101.51 | 108.85 | 385.09 | | 38.00 | |
| | 12 | 1223.35 | 105.68 | 38.00 | 591.60 | 466.93 | 41.08 | |
| | 13 | 1519.35 | 125.64 | 73.00 | 617.20 | 618.46 | 87.70 | |
| | 14 | 1516.65 | 119.60 | 61.01 | 364.59 | 833.77 | 96.00 | 117.00 |
| | 15 | 1487.75 | 115.63 | 98.00 | 538.00 | 638.09 | | |
| | 16 | 1589.35 | 129.70 | 63.15 | 538.00 | | | |
| | 17 | 1072.95 | 88.90 | 77.86 | 496.32 | 375.00 | 35.00 | |
| | 18 | 817.35 | 75.81 | 71.95 | 393.00 | 276.00 | | |
| | 19 | 1168.50 | 89.38 | 180.75 | 326.75 | 451.90 | 16.00 | 23.16 |
| | 20 | 1800.00 | 151.31 | 33.00 | 600.00 | 867.12 | | |
| | 21 | 1300.00 | 115.41 | 204.22 | 519.00 | 536.20 | | |
| | 22 | 1183.00 | 126.31 | 76.05 | 544.04 | 677.20 | 142.55 | 10.42 |
| | 23 | 1135.35 | 89.73 | 128.19 | 301.40 | 40 | | |
| | 24 | 1394.25 | 105.31 | 109.18 | 399.25 | 618.00 | 119.00 | |
| | 25 | 1448.00 | 127.69 | 212.00 | 410.51 | 636.00 | 617 | |
| | 26 | 2036.50 | 171.47 | 114.00 | 632.00 | 704.35 | 73.00 | 10.50 |
| | 27 | 2231.95 | 182.34 | 4 | 636.7 | 65 | 108.85 | 168.55 |
| | 28 | 666.60 | 58.33 | — | 348.51 | 109.90 | 6.30 | 56.50 |
| | 29 | 1045.80 | 92.63 | 55.95 | 167.00 | 734.00 | | |
| | 30 | 941.20 | 82.12 | — | 325.80 | 431.90 | 101.39 | |
| | 31 | 926.95 | 84.22 | 47.00 | 358.73 | 411.00 | 24.00 | |
| MONTH TOTAL | | 50174.00 | 4051.91 | 3849.03 | 18287.00 | 207.13 | 20118 | 1155.20 |

DAILY INCOME REPORT — MONTH OF 4.H, YEAR OF 2005

| D/WK | DATE | TOTAL | CASH | AM/EXP | MASTER | VISA/NMAST | OTHER | CR CARD/TIPS |
|---|---|---|---|---|---|---|---|---|
| 183.09 | 1 | 216900 | 184.61 | 66.00 | 670.54 | 208.54 | 375.08 | 57... |
|  | 2 | 2185... | 231.49 | 142.35 | 100... | 135.57 | 116... |  |
|  | 3 | 162... | 169.39 | 54.20 | 50.53 | 75... | 117... |  |
| 110... | 4 | 725.20 | 59.31 | 103.21 | 3500 | 177.22 | 20... |  |
| 119.10 | 5 | 1211.60 | 109.35 | 45.95 | 35... | 67.63 | 26... |  |
| 81.40 | 6 | 1541.15 | 121.71 | 100... | 553.78 | 504.48 | 126.99 | 1... |
| 13... | 7 | 2289.10 | 188.42 | 143.34 | 76... | 115... | 55.29 | 22.00 |
|  | 8 | 2191.85 | 241.64 | 168... | 175.58 | 111.687 | 1... |  |
| 2... | 9 | 1833.60 | 165.34 | 114.09 | 710.17 | 801.17 | 33... |  |
| 11... | 10 | 1760.80 | 151.30 | 41.60 | 638.10 | 815.23 | 47... |  |
| 19... | 11 | 975... | 79.62 | 65.71 | 339.29 | 389.11 | 92... | 1.13 |
| 68... | 12 | 1600... | 135.15 | 76.55 | 623.11 | 656.09 | 820... |  |
| 120.15 | 13 | 1708.35 | 142.30 | 229... | 536.68 | 717.30 | 77... |  |
| 111... | 14 | 2079... | 201.35 | 168.80 | 1040.88 | 522.53 | 80.99 | 67.31 |
| 148.57 | 15 | 2093.15 | 249.55 | 166.17 | 554.88 | 150.63 | 31...8 | 137.96 |
| 208.83 | 16 | 1718.33 | 158.42 | 124.35 | 566.03 | 87.11 | 46.58 |  |
| 17... | 17 | 1395.15 | 115.05 | 90.18 | 54... | 6... | 10... |  |
| 1... | 18 | 125... | 110.52 | 112.29 | 675... | 5... |  | 20.9... |
| 109... | 19 | 1367.93 | 112.31 | 174.80 | 463.30 | 6... | 5... |  |
| 1... | 20 | 1508... | 121.55 | 84.15 | 60... | 587.43 | 82.46 | 1... |
| 134.23 | 21 | 2297... | 180... | 16... | 18... | 1009.34 | 87.46 | 1... |
| 23... | 22 | 2..5... | 196.61 | 160.81 | 871.38 | 1146.63 | 375... |  |
|  | 23 | 215... | 211.61 | 368... | 1079... | 107... |  | 1... |
| 9 | 24 | 2291... | 190.72 | 224.84 | 770.11 | 98... | 2... |  |
| 19... | 25 | 11... | 88.31 | 890 | 436.27 | 344.21 | 289 |  |
| 95.40 | 26 | 276... | 1... | 39 | 298.70 | 659.22 | 67... | ...9 |
| 104.32 | 27 | 2118.15 | 189.55 | 261.63 | 69.58 | 1013.09 | 17.94 |  |
| 117... | 28 | 216... | 181.83 | 2... | 71.85 | 923.00 | 6.94 | 111... |
| 174.34 | 29 | ... | ... | 142.91 | 93.80 | 1498.18 | 76... |  |
| 211.10 | 30 | 2549.15 | 229.54 | 148.50 | 985.55 | 1013.88 | 168.70 |  |
| 185.35 | 31 |  |  |  |  |  |  |  |
| 48... | MONTH TOTAL | 58304... | 4961.30 | 4215... | 20917... | 14721.125... | 2209... | 111... |

Chang's Garden, 1244 Stokes Rd.

April 2005

| D/MO | TOTAL | CASH | AME/EXP | MASTER | VISA | DISCOVER | C/TIP | CHECK | DB |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2695.65 | 198.61 | 40.50 | 834.16 | 848.44 | 179.92 | 186.21 | 550.06 | 1159 |
| 2 | 2050.10 | 179.65 | 158.84 | 908.31 | 579.34 | 152.37 | 155.34 | 28.28 | 96 |
| 3 | 1277.10 | 115.16 | 43.55 | 624.34 | 272.78 | 152.70 | 122.90 | 20.70 | 40 |
| 4 | 1159.65 | 101.23 | 48.70 | 478.52 | 446.29 | 6.12 | 105.09 | 17.91 | |
| 5 | 1575.90 | 124.54 | 110.47 | 311.30 | 620.80 | 84.34 | 124.30 | 265.12 | 68 |
| 6 | 1259.45 | 113.23 | 179.84 | 327.42 | 495.93 | — | 101.60 | 47.81 | 93 |
| 7 | 980.25 | 81.11 | 85.58 | 333.84 | 281.33 | 68.15 | 62.60 | 80.88 | 438 |
| 8 | 1910.25 | 155.39 | 195.23 | 702.83 | 596.13 | 86.82 | 125.60 | 206.50 | |
| 9 | 2520.15 | 210.32 | 322.57 | 743.14 | 899.56 | 119.80 | 205.16 | 84.92 | 109 |
| 10 | 1718.70 | 151.24 | — | 513.93 | 641.96 | 89.55 | 159.80 | 124.65 | 197 |
| 11 | 1767.15 | 159.65 | 148.29 | 540.53 | 597.65 | 133.38 | 155.76 | 43.51 | 85 |
| 12 | 1457.50 | 152.31 | — | 510.72 | 371.75 | — | 83.90 | 73.05 | 181 |
| 13 | 1599.95 | 135.60 | 261.05 | 452.08 | 371.86 | 93.10 | 142.95 | 170.53 | 166 |
| 14 | 1663.30 | 151.20 | 104.34 | 419.79 | 594.23 | 141.85 | 153.10 | 152.00 | 193 |
| 15 | 1575.20 | 129.51 | 103.91 | 415.85 | 687.91 | 14.83 | 86.38 | 162.29 | 511 |
| 16 | 2316.20 | 109.53 | 214.95 | 627.80 | 892.77 | 96.74 | 192.30 | 180.17 | 1065 |
| 17 | 1890.25 | 151.64 | 101.08 | 462.32 | 749.80 | 38.19 | 112.15 | 334.17 | 63 |
| 18 | 1381.00 | 115.13 | 136.33 | 425.87 | 561.69 | 20.94 | 103.77 | 55.55 | 279 |
| 19 | 1247.45 | 111.45 | 14.80 | 406.76 | 563.66 | — | 101.83 | 96.11 | |
| 20 | 1688.35 | 151.60 | 74.81 | 664.67 | 516.75 | 95.08 | 116.35 | 55.08 | 134 |
| 21 | 2011.90 | 170.54 | 179.14 | 452.76 | 935.86 | 16.30 | 131.85 | 198.41 | 153 |
| 22 | 1761.30 | 159.13 | 16.85 | 813.30 | 444.74 | 241.78 | 141.67 | 56.11 | |
| 23 | 2304.55 | 198.65 | 68.75 | 903.20 | 768.28 | — | 146.77 | 205.45 | 160 |
| 24 | 1716.20 | 151.23 | 33.50 | 611.68 | 711.45 | 89.85 | 134.70 | 76.83 | 416 |
| 25 | 1661.95 | 148.42 | 60.85 | 649.61 | 464.82 | 103.88 | 101.09 | 160.44 | 73 |
| 26 | 1633.05 | 145.67 | 130.00 | 645.39 | 431.04 | 38.37 | 135.55 | 80.44 | 154 |
| 27 | 1708.75 | 151.21 | 112.84 | 505.91 | 790.60 | 84.91 | 149.08 | 22.63 | 400 |
| 28 | 1341.55 | 119.36 | 6.57 | 507.43 | 38.19 | 57.23 | 103.95 | 201.15 | 65 |
| 29 | 2281.30 | 193.52 | 216.24 | 624.43 | 1051.57 | 27.70 | 188.91 | 109.57 | 58 |
| 30 | 3050.05 | 275.15 | 166.50 | 894.03 | 1174.61 | 131.72 | 178.82 | 232.08 | 193 |
| 31 | | | | | | | | | |
| Total | 53717.50 | 5447.67 | 3257.57 | 17324.87 | 18633.42 | 2442.00 | 3981.66 | 4168.42 | 244 |

Tax Free 990.00    8183.40 + 4555 = 7895

| D/MO | TOTAL | CASH | AME/EXP | MASTER | VISA | DISCOVER | C/TIP | CHECK |
|---|---|---|---|---|---|---|---|---|
| 1 | 111130 | 98.[illegible] | [illegible] | [illegible] | 351.95 | [illegible] | 95.9 | |
| 2 | 109580 | 95.41 | 4563 | [illegible] | 559.73 | 41586 | [illegible] | — |
| 3 | 136675 | 115.73 | 5510 | 5070 | [illegible] | 10330 | [illegible] | — |
| 4 | 129415 | 109.11 | 19[illegible] | 39[illegible] | [illegible] | 59[illegible] | 111[illegible] | — |
| 5 | 96200 | 86.[illegible] | 15[illegible] | 25948 | [illegible] | 96[illegible] | 92[illegible] | — |
| 6 | [illegible] | 87.41 | 11008 | 161.98 | [illegible] | 18[illegible] | [illegible] | — |
| 7 | 135770 | 115.72 | 11393 | 45047 | 59595 | 4980 | 12[illegible] | — |
| 8 | 89690 | 87.61 | 5710 | 274.82 | 41[illegible] | — | 7495 | 6.89 |
| 9 | 124035 | 113.44 | 12485 | 578.70 | 46298 | 22[illegible] | 102[illegible] | — |
| 10 | 108385 | 97.22 | 8536 | 424.56 | 292.12 | 151.05 | 75[illegible] | 30.38 |
| 11 | 1171.05 | 101.46 | 6050 | 59166 | 33168 | 3541 | 114.19 | [illegible] |
| 12 | 149635 | 135.47 | 14617 | 69013 | 40866 | 3[illegible] | 165[illegible] | — |
| 13 | [illegible] | 115.40 | 98[illegible] | 52353 | 41946 | [illegible] | [illegible] | — |
| 14 | [illegible] | 113.[illegible] | [illegible] | [illegible] | [illegible] | 3110 | 100[illegible] | [illegible] |
| 15 | [illegible] | [illegible] | 15660 | 289[illegible] | 394[illegible] | [illegible] | [illegible] | |
| 16 | [illegible] | 91.61 | 1290 | [illegible] | 339[illegible] | 36[illegible] | [illegible] | — |
| 17 | [illegible] | 95.77 | 115[illegible] | [illegible] | 395[illegible] | 44[illegible] | [illegible] | |
| 18 | [illegible] | 117.43 | [illegible] | 489[illegible] | [illegible] | [illegible] | 12[illegible] | |
| 19 | [illegible] | 159.37 | 187[illegible] | 46981 | 727.[illegible] | [illegible] | [illegible] | [illegible] |
| 20 | 138[illegible] | [illegible].61 | 194[illegible] | 35655 | [illegible] | 1178[illegible] | [illegible] | — |
| 21 | 122780 | 109.53 | 5585 | 32130 | 71685 | — | 112[illegible] | — |
| 22 | 134765 | 115.55 | 18525 | 32940 | 45604 | 7173 | 125[illegible] | — |
| 23 | 143395 | 129.73 | 11184 | 33076 | 69312 | 8104 | 11960 | 52.15 |
| 24 | 13[illegible] | 131.11 | 10174 | 49542 | 555.12 | 57.34 | 124[illegible] | [illegible] |
| 25 | 191445 | 171.73 | 14515 | 96[illegible] | 467.70 | * 8428 | [illegible] | 16.38 |
| 26 | 224355 | 198.23 | 28615 | 74707 | 64956 | 9096 | 18595 | 45.58 |
| 27 | 196920 | 179.64 | 22361 | 63872 | 79[illegible] | 9348 | [illegible] | — |
| 28 | 189690 | 171.51 | 15912 | 57301 | 72969 | 19410 | 178.30 | 22.21 |
| 29 | 190485 | 171.44 | 12226 | 91681 | 51362 | 4512 | 16565 | 73.00 |
| 30 | 134930 | 121.51 | 19468 | 25369 | 62961 | — | 122[illegible] | 28.85 |
| 31 | 172820 | 151.44 | 24295 | 610.40 | 54297 | 1280 | 109[illegible] | — |
| Total | 4253610 | 379252 | 410040 | 1483748 | 1597501 | 1781.26 | 364401 | 49841 |

[illegible] + 44.15 + 188.10 = 292.25 Tax [illegible]

| D/MO | TOTAL | CASH | AME/EXP | MASTER | VISA | DISCOVER | C/TIP | CHECK |
|---|---|---|---|---|---|---|---|---|
| 1 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 2 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | — |
| 3 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | — |
| 4 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | |
| 5 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 6 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | |
| 7 | [illegible] | [illegible] | [illegible] | [illegible] | | | | |
| 8 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | — |
| 9 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| 10 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 11 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | |
| 12 | [illegible] | [illegible] | [illegible] | | | | [illegible] | |
| 13 | | [illegible] | [illegible] | | | | [illegible] | |
| 14 | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| 15 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 16 | 1434.70 | 98.71 | — | 790.36 | 545.63 | — | 147.35 | — |
| 17 | [illegible] | 101.73 | 214.37 | [illegible] | 414.95 | [illegible] | [illegible] | — |
| 18 | [illegible] | 86.[illegible] | 59.16 | [illegible] | 343.32 | 70.46 | 72.40 | |
| 19 | 1604.15 | 135.78 | 215.12 | 491.43 | 694.82 | 67.00 | [illegible] | 50.00 |
| 20 | 889.88 | [illegible] | 38.32 | 429.34 | 280.15 | 27.63 | 61.15 | [illegible] |
| 21 | 1321.60 | 115.60 | 69.99 | 548.90 | 552.18 | 34.93 | [illegible] | [illegible] |
| 22 | 1042.05 | 89.70 | 111.24 | 341.08 | 380.46 | 55.57 | 71.30 | [illegible] |
| 23 | 1285.25 | 105.92 | 127.90 | 491.59 | [illegible] | [illegible] | [illegible] | |
| 24 | 820.25 | 75.12 | 135.10 | [illegible] | [illegible] | | 59.35 | [illegible] |
| 25 | 710.96 | 67.52 | 52.18 | 248.10 | 236.00 | 7.75 | [illegible] | — |
| 26 | 840.45 | 75.14 | 194.17 | 175.30 | [illegible] | 15.55 | [illegible] | — |
| 27 | 1135.05 | 125.64 | 172.81 | [illegible] | 652.61 | 54.25 | 104.58 | — |
| 28 | 1464.30 | 131.15 | 230.06 | 432.84 | 463.18 | 81.91 | 93.15 | [illegible] |
| 29 | 1351.15 | 121.66 | 45.84 | 651.46 | 504.75 | 21.64 | 99.41 | — |
| 30 | [illegible] | 119.52 | 36.00 | 584.31 | 347.38 | 21.41 | 114.90 | |
| 31 | [illegible] | [illegible] | — | 553.15 | 391.52 | 46.70 | [illegible] | |
| Total | [illegible] | 2961.65 | 2745.81 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

131788.34 1039 1390 = 120000 ... 6792

12月 2005 年 

| D/MO | TOTAL | CASH | AME/EXP | MASTER | VISA | DISCOVER | C/TIP | CHECK | D/R |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2016.40 | 175.43 | 2618 | 395.24 | 21196 | 109.29 | 15456 | 7708 | |
| 2 | 3540.55 | 291.58 | 33807 | 77903 | 12465 | 78148 | 269.24 | 487136 | |
| 3 | 2832.45 | 23.78 | 242.07 | 9043 | 69.14 | — | 20984 | 208.26 | |
| 4 | 1668.50 | 131.52 | 11635 | 51734 | 56134 | 3855 | 82.04 | 196.60 | |
| 5 | 2276.45 | 191.23 | 96.48 | 78399 | 76279 | 119.62 | 14288 | 170.34 | |
| 6 | 2005.35 | 135.45 | 9070 | 123.04 | 57822 | 11717 | 12255 | 6334 | |
| 7 | 2038.65 | 171.75 | 212.32 | 65144 | 129.43 | 5281 | 133.20 | 162.48 | |
| 8 | 2273.65 | 193.53 | 165.42 | 85857 | 77961 | 5580 | 189.15 | 152.26 | |
| 9 | 1945.85 | 135.22 | 12024 | 54225 | 48105 | 3461 | 101.76 | 47998 | |
| 10 | 2523.20 | 245.44 | 8036 | 40025 | 60218 | 9412 | 136.58 | 360.24 | |
| 11 | 2422.45 | 241.14 | 1385 | 28194 | 102.35 | 4797 | 16097 | 2 | |
| 12 | 1829.15 | 161.50 | 890 | 246.91 | 85.75 | 147.65 | 124.15 | 191.07 | |
| 13 | 1966.45 | 154.82 | 8608 | 489.46 | 122.73 | 81.75 | 113.96 | 40937 | |
| 14 | 2095.25 | 215.24 | 509.66 | 7 | 56144 | 55.50 | 204.71 | 94.07 | |
| 15 | 28110 | 24150 | 458.06 | 247184 | 102.35 | 108.89 | 36.50 | | |
| 16 | 2711.57 | 244.74 | 16181 | 483.28 | 82315 | 46.85 | 125.74 | 8223 | |
| 17 | 2041.40 | 175.41 | 19.46 | 1350.82 | 7488 | | 121.35 | | |
| 18 | 2668.5 | 252.87 | 119.04 | 89.46 | 40001 | | | 12217 | |
| 19 | 120.30 | 105.31 | 61.96 | 10368 | 51793 | 40.88 | 42.30 | | |
| 20 | 2142.55 | 161.25 | 10368 | 55481 | 47174 | 4088 | 87.31 | | |
| 21 | 1585.50 | 131.54 | 6901 | 295.90 | 62108 | | | | |
| 22 | 1676.30 | 144.62 | 5320 | 439.26 | 45785 | 46.93 | | | |
| 23 | 1405.55 | 144.63 | 78481 | 439.40 | | 35.74 | | | |
| 24 | 1304.44 | 94.51 | 23961 | 466.75 | 24910 | | 127.39 | | |
| 25 | 936.25 | 87.63 | 6875 | 27466 | 14059 | | | | |
| 26 | 1076.85 | 515.22 | 2185 | 1109.5 | 15604 | | 280 | | |
| 27 | 1605.55 | 131.40 | 4891 | 5376 | 61184 | 93.11 | 150.76 | | |
| 28 | 1065.50 | 104.73 | 21776 | 443.78 | 18098 | 30.00 | | | |
| 29 | 1440.95 | 128.59 | 11265 | 445.15 | 86.57 | | | | |
| 30 | 1136.45 | 98.44 | 2743 | 198.45 | 69047 | 44.58 | 82.40 | | |
| 31 | 2214.55 | 129.15 | 7181 | 895.24 | 967.09 | 10658 | 186.12 | | |
| Total | 61265.75 | 5521 | 362738 | 1082220 | 2124.56 | 2160.53 | 1103.85 | | |

Total 121025

1244 [illegible] Rd, CT 06[illegible]

張[illegible]園 860-457-1688

11月份 2005 年

| D/MO | TOTAL | CASH | AME/EXP | MASTER | VISA | DISCOVER | C/TIP | CHECK | DB |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 141060 | 119.52 | 10082 | 26000 | 63177 | 2428 | 9539 | 20287 | 7134 |
| 2 | 212875 | 179.37 | 20833 | 79404 | 55482 | 9120 | 18198 | 144.00 | 1269 |
| 3 | 258175 | 215.79 | 9150 | 93130 | 105191 | 8069 | 22609 | 150.94 | 5961 |
| 4 | 342850 | 297.44 | 10053 | 105474 | 143196 | 8831 | 27710 | 243.71 | 2067 |
| 5 | 313415 | 261.39 | 17240 | 83566 | 111401 | 26436 | 22888 | 408.41 | 698 |
| 6 | 216180 | 183.61 | 25622 | 46301 | 100671 | 4827 | 19423 | 74 92 | 1291 |
| 7 | 136615 | 113.55 | 6956 | 54205 | 44453 | 1055 | 9664 | 144.35 | 419 |
| 8 | 197190 | 154.70 | 16150 | 78987 | 54716 | 6726 | 12304 | 133.50 | 1176 |
| 9 | 231175 | 197.43 | 9879 | 83815 | 64952 | 10033 | 14529 | 299.68 | 1293 |
| 10 | 136015 | 115.44 | 13234 | 46207 | 41898 | 3285 | 9067 | 36.00 | 1630 |
| 11 | 269280 | 239.42 | 13810 | 92621 | 111699 | 5803 | 16601 | 166.04 | 4861 |
| 12 | 290490 | 251.41 | 12293 | 78135 | 142935 | 9507 | 21969 | 136.33 | 8846 |
| 13 | 190840 | 161.16 | 15815 | 404.16 | 755.87 | 8909 | 14832 | 163.66 | 1763 |
| 14 | 205675 | 179.44 | 2910 | 64677 | 99332 | 2710 | 14916 | 10581 | 752 |
| 15 | 160980 | 141.32 | 9259 | 56561 | 644.48 | 2496 | 12376 | 72.99 | 6755 |
| 16 | 239155 | 204.41 | 8265 | 104326 | 59516 | 9112 | 18981 | 289.63 | 8532 |
| 17 | 188935 | 165.40 | 2273 | 70737 | 801.58 | — | 167.58 | 142.44 | 4978 |
| 18 | 234005 | 211.36 | 2600 | 65370 | 91068 | 237.98 | 16948 | 152.53 | 14812 |
| 19 | 166090 | 143.72 | 218.58 | 241.75 | 629.39 | 5892 | 9420 | 124.65 | 24369 |
| 20 | 118680 | 99.54 | 5496 | 25819 | 47611 | 2292 | 6216 | 87.05 | 158[illegible] |
| 21 | 94630 | 85.42 | 7409 | 395.77 | 202.71 | 5421 | 7600 | 50.94 | 8316 |
| 22 | 171940 | 105.44 | 13489 | 33941 | 46163 | 1300 | 7275 | 52.96 | 1409[illegible] |
| 23 | 169450 | 147.33 | 5739 | 60363 | 667.11 | — | 11587 | 76.64 | 1424[illegible] |
| 24 | T | H | A | N | KS | GIVI | NG | | |
| 25 | 122625 | 98.53 | 9362 | 49461 | 423.16 | 3037 | 9885 | — | 8596 |
| 26 | 131285 | 105.48 | 18662 | 32363 | 556.14 | 2095 | 10222 | 60.32 | 5971 |
| 27 | 194625 | 171.23 | 17261 | 491.44 | 790.67 | 853 | 14056 | 92.03 | [illegible] |
| 28 | 127185 | 110.62 | 2003 | 55385 | 401.64 | 2905 | 9610 | 115.45 | 4118 |
| 29 | 190780 | 162.54 | 14605 | 59339 | 478.11 | 8253 | 11865 | 341.67 | 10351 |
| 30 | 184005 | 158.45 | 22178 | 490.69 | 65806 | 9187 | 12910 | 45.85 | 17335 |
| 31 | | | | | | | | | |
| Total | 5588165 | 478046 | 344786 | 1748558 | 2054863 | 184350 | 409958 | 414331 | 33052 |

178497.75 − 1843.50 − 3409.69 = 162458.18 ÷ 1.06 = 153074

稅額 9184.44

+12055

$29818

1301 75 41

61740 18 [illegible]

40 1 28 [illegible]

10月份 2005 年

| D/MO | TOTAL | CASH | AME/EXP | MASTER | VISA | DISCOVER | C/TIP | CHECK | DB |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 3385.20 | 291.61 | 207.22 | 1035.87 | 974.15 | 240.15 | 290.97 | 39.252 | 10388 |
| 2 | 2228.65 | 195.55 | 176.27 | 634.36 | 899.80 | 49.80 | 179.80 | 191.26 | 829 |
| 3 | 1187.70 | 101.40 | 22.40 | 524.85 | 307.07 | 33.59 | 92.55 | 59.97 | 1358 |
| 4 | 1526.15 | 131.44 | 59.55 | 535.60 | 529.33 | 33.50 | 129.79 | 120.33 | 1165 |
| 5 | 1852.40 | 159.44 | 169.70 | 741.56 | 513.50 | 58.25 | 144.94 | 170.81 | 3460 |
| 6 | 2272.15 | 195.11 | 296.92 | 620.89 | 805.17 | 86.47 | 190.35 | 146.91 | 7060 |
| 7 | 2245.65 | 195.47 | 67.40 | 861.84 | 733.17 | 146.62 | 167.86 | 144.85 | 9630 |
| 8 | 1929.15 | 161.54 | 148.32 | 545.25 | 763.59 | 43.13 | 162.68 | 194.57 | 7271 |
| 9 | 1743.35 | 151.71 | 124.22 | 501.04 | 666.75 | 123.30 | 109.05 | 125.57 | 5082 |
| 10 | 1667.45 | 147.54 | 158.22 | 632.68 | 554.98 | 13.57 | 124.56 | 81.67 | 1898 |
| 11 | 1836.60 | 159.18 | 164.82 | 728.71 | 666.54 | 79.27 | 164.21 | 26.17 | 1161 |
| 12 | 1901.25 | 175.40 | 42.60 | 744.60 | 719.64 | 64.95 | 164.93 | 79.54 | 7558 |
| 13 | 2018.25 | 174.71 | 176.01 | 893.19 | 515.88 | 32.23 | 160.35 | 117.88 | 10413 |
| 14 | 3429.90 | 296.40 | 240.77 | 1049.11 | 996.29 | 61.53 | 229.95 | 668.59 | 11336 |
| 15 | 2466.50 | 214.54 | 23.83 | 635.30 | 1225.22 | 141.80 | 207.53 | 146.78 | 8076 |
| 16 | 1499.85 | 131.42 | — | 274.58 | 705.91 | 21.00 | 97.05 | 139.53 | 2274 |
| 17 | 948.85 | 75.25 | 73.45 | 235.55 | 406.44 | 10.49 | 71.75 | 99.29 | 4838 |
| 18 | 1330.60 | 116.42 | 75.89 | 386.45 | 543.56 | 44.66 | 105.94 | 96.25 | 6037 |
| 19 | 1954.15 | 169.66 | 182.41 | 490.25 | 928.54 | 41.55 | 153.27 | 167.71 | 7347 |
| 20 | 1813.10 | 158.41 | 79.38 | 602.75 | 695.83 | 76.70 | 160.77 | 160.41 | 3962 |
| 21 | 2167.60 | 181.45 | 194.53 | 596.52 | 898.30 | 51.35 | 149.12 | 139.89 | 10576 |
| 22 | 2219.65 | 189.73 | 102.95 | 754.59 | 777.41 | 100.23 | 173.08 | 177.84 | 1166 |
| 23 | 2027.40 | 177.43 | 255.01 | 495.75 | 604.36 | 158.05 | 130.66 | 142.95 | 19385 |
| 24 | 1346.60 | 115.58 | 99.64 | 618.41 | 263.21 | — | 87.93 | 89.27 | 16049 |
| 25 | 1324.80 | 113.33 | 48.00 | 602.05 | 380.74 | 15.85 | 92.97 | 117.62 | 4721 |
| 26 | 1390.30 | 114.72 | 130.12 | 248.94 | 617.63 | 63.29 | 108.85 | 22.38 | 19322 |
| 27 | 2638.05 | 231.75 | 135.01 | 951.76 | 834.99 | 58.20 | 160.66 | 158.80 | 2682 |
| 28 | 2792.10 | 240.35 | 64.70 | 1167.48 | 912.11 | 98.53 | 206.14 | 107.99 | 20094 |
| 29 | 2530.95 | 214.44 | 135.83 | 705.11 | 1086.12 | 120.85 | 239.71 | 205.78 | 6992 |
| 30 | 1892.75 | 151.63 | 198.08 | 659.89 | 544.94 | 35.88 | 139.74 | 230.24 | 7209 |
| 31 | 1388.20 | 115.41 | 26.92 | 572.24 | 300.37 | — | 87.85 | 333.26 | 3945 |
| Total | 60870.35 | 5250.47 | 3980.35 | 20047.62 | 21370.94 | 21636.8 | 4603.34 | 4959.40 | 310189 |

10/6 207.94 + 413.51 + 282.34 + 433.30 + 233.95 + 57.00 + 7.00

139.84 = 1780.08 管理1