UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BING WU, et al<br>　　　Plaintiffs<br><br>v.<br><br>CHANG'S GARDEN OF STORRS, L.L.C., et al<br><br>　　　Defendants | CIVIL ACTION NUMBER:<br><br>3:08-CV-00746-WWE<br><br><br><br>June 18, 2010 |

### DECLARATION OF CHRISTOPHER M. HARRINGTON

I, Christopher M. Harrington, Esq., based upon my personal knowledge and in accordance with the provisions of 28 U.S.C. § 1746, do hereby state and declare as follows:

1. I am a partner at the law firm of Howard, Kohn, Sprague and FitzGerald, located at 237 Buckingham Street, Hartford, Connecticut and I am admitted to practice law in the State Courts of Connecticut and the District Courts for the District of Connecticut.

2. All of the exhibits attached to the Defendants' Reply to the Opposition to Defendant's Motion for Summary Judgment, which Reply is dated June 18, 2010, (hereinafter referred to as the "Reply") are true and accurate copies of the originals or are excerpts of the originals.  The full and/or original documents can be made available to the Court upon request.

3. Exhibit A to the Reply is a true and accurate copy of an excerpt from the deposition of Le Shih Chang as the corporate designee of Chang's Garden of Storrs, Llc and Chang's Garden of CT, Inc., taken on December 15, 2009 by Will Collins, Law Student Intern, and transcribed by Jcheryl Toman from Sanders, Gale & Russell court reporters. The excerpt contains copies of pages 1to 5 and 141 to 144.

4. Exhibit B to the Reply is a true and accurate copy of the monthly sales reports for Chang's Garden of CT, Inc. for 2005.

5. Exhibit C to the Reply is a true and accurate copy of the decision in the case of <u>Brule v. Nerac Corp.</u>, 2009 WL 5322206 (Conn.Super., Dec. 9, 2009, Shapiro, J.).

6. Exhibit D to the Reply is a true and accurate copy of the decision in the case of <u>Williams v. Cushman and Wakefield</u>, 1998 WL 246493 (Conn.Super., May 5, 1998, D'Andrea, J.).

7. Exhibit E to the Reply is a true and accurate copy of the decision in the case of <u>Gallop v. Commercial Painting Co., Inc.</u> 42 Conn. Supp. 187 (Feb. 5, 1992, Blue, J.).

6. Exhibit F to the Reply is a true and accurate copy of an excerpt from the deposition of Joseph A. DeCusati, taken on February 18, 2010 by James F. Sullivan, Esq. and transcribed by Gretchen Sisk from Brandon Smith court reporters. The excerpt contains copies of pages 1 to 6 and 57 to 60.

I declare, under penalty of perjury under the law of the Untied States of America and the laws of the State of Connecticut, that, based upon my personal knowledge, the foregoing declaration is true and accurate.

By: _____
Christopher M. Harrington, Esq.
Fed Bar No: ct 16851
Howard, Kohn, Sprague & FitzGerald
237 Buckingham Street
Hartford CT 06126-1798
Ph: (860) 525-3101; Fax: (860)247-4201
cmh@hksflaw.com

Dated: June 18, 2010