EXHIBIT A TO STIPULATION AND
ORDER FOR SETTLEMENT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-------------------------------------------------------------------X
BING WU, FENG CHUN GUAN, TINA WANG,  :
GUI BIN CAI, JUN ZHANG, QIN PING YUAN,  :
JIN LU MA, ZHEN HAI HE, and BAO WEN TAN, :
                       :
Plaintiffs,               :    CIVIL ACTION NO. 3:08-cv-746
                       :
   -against-         :
                       :
CHANG'S GARDEN OF STORRS, LLC,    :    August 30, 2010
CHANG'S GARDEN OF CT, INC.,       :
LE SHIH CHANG, and HSIANG I CHANG  :
                       :
Defendants.             :
-------------------------------------------------------------------X

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Bing Wu, Feng Chun Guan,

Tina Wang, Gui Bin Cai, Jun Zhang, Qin Ping Yuan, Jin Lu Ma, Zhen Hai He, and Bao Wen

Tan (collectively, the "Plaintiffs") and Le Shih Chang, Chang's Garden of Storrs, LLC, and

Chang's Garden of CT, Inc. (collectively, the "Settling Defendants"), hereby provide notice that

the Plaintiffs dismiss with prejudice all claims against all above-captioned defendants in the

above-captioned case. The Plaintiffs and the Settling Defendants have executed a Stipulation and

Order for Settlement ("the Agreement").

Dated: August 30, 2010

                    _____

                    Muneer I. Ahmad, Esq., ct28109
                    Susan Hazeldean, Esq., ct28093
                    Michael J. Wishnie, Esq., ct27221
                    Jerome N. Frank Legal Services Organization
                    Yale Law School
                    127 Wall St.
                    New Haven, CT 06511
                    (203) 432-4800

                    *Attorneys for Plaintiffs*


                    _____

                    James F. Sullivan, Esq.
                    Christopher M. Harrington, Esq.
                    Howard, Kohn, Sprague & FitzGerald
                    237 Buckingham Street
                    Hartford, CT 06126-1798
                    (860) 525-3101

                    *Attorneys for Defendants*


                            SO ORDERED


Dated: _____, 2010

                    _____
                    U.S. District Judge Warren W. Eginton