**EXHIBIT B TO STIPULATION AND
ORDER FOR SETTLEMENT**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

-------------------------------------------------------------X

BING WU, FENG CHUN GUAN, TINA WANG,  :
GUI BIN CAI, JUN ZHANG, QIN PING YUAN,  :
JIN LU MA, ZHEN HAI HE, and BAO WEN TAN,  :
                                   :

Plaintiffs,                       :      CIVIL ACTION NO. 3:08-cv-746

                                   :

-against-                     :

CHANG'S GARDEN OF STORRS, LLC,        :
CHANG'S GARDEN OF CT, INC.,          :      FEBRUARY 12, 2010
LE SHIH CHANG,                     :
HSIANG I CHANG, and WEI-WEI CHANG,    :

Defendants.                   :

-------------------------------------------------------------X

## ORDER ON PLAINTIFFS' MOTION FOR PREJUDGMENT REMEDY

Whereas Plaintiffs on November 11, 2009, initiated proceedings for a prejudgment remedy sufficient to meet Plaintiffs' claims under the applicable federal and state wage and hour laws, and Defendants have stipulated to a prejudgment remedy on behalf of Defendants Le Shih Chang and Chang's Garden of CT, Inc., as reflected in the agreement attached hereto, the following prejudgment remedy is HEREBY ORDERED:

1. A judicial order of attachment on Defendant Le Shih Chang's interest in property jointly owned by Defendant Le Shih Chang and his wife, Hua Yang, located at 319 Codfish Falls Road in Storrs, Connecticut. Defendant's interest in the property is currently estimated at $125,000,

1

based on an estimated total equity of $250,000. The judicial order of attachment on this property

will be increased or decreased, as appropriate, based upon an appraisal to be undertaken by

Defendant Le Shih Chang that will more accurately value the Defendant's interest in the

property.

2. A judicial order of attachment on the sum of $1,052.49 in the savings account of Defendant Le

Shih Chang located at People United Bank, account number ***-*****22-05.

3. Defendant Le Shih Chang is enjoined from withdrawing, transferring, depleting and/or

reducing the sum in the savings account referenced in paragraph 2 below the attachment amount

of $1,052.49.

4. A judicial order of attachment through the Department of Motor Vehicles on the entire interest

of Defendant Le Shih Chang in the following motor vehicles:

      a. 2007 Ford Econoline Van, VIN 1FBNE31L47DA55379;

      b. 2001 Honda Accord, VIN 1HGCF86681A075399; and

      c. 2006 Toyota Sienna, VIN 5TDBA23C96S068570.

5. A judicial order of attachment on the sum of $45,941.00 in the checking account of Chang's

Garden of CT, Inc. with People United Bank, account number ***-***1790.

6. A judicial order of attachment on Defendant Chang's Garden of CT, Inc.'s interest in the

furniture and equipment as set forth in the attached schedule of furniture and equipment, which

attachment shall be accomplished by way of a UCC-1 filing with the Connecticut Secretary of

State's office.

    This order shall remain in effect through the pendency of this lawsuit and through any

appeals period unless and until discharged by operation of law, by a court order, or by voluntary

2

removal by the plaintiffs. This order may be amended or nullified by order of the court upon

application and showing of just cause for such an amendment or nullification.


DATED: February 12, 2010


_____/s/_____
Honorable Holly B. Fitzsimmons
U.S. Magistrate Judge

3

Sheet1

Items Included in the sales:
Dining Room

| Items | Descriptions | Quantity |
|---|---|---|
| 1 | Round tables | 2 |
| 2 | Square tables | 19 |
| 3 | Chairs | 96 |
| 4 | Cash Register | 1 |
| 5 | Telephone | 2 |
| 6 | Open Sign | 1 |
| 7 | Large etched glass at the entrance | 1 |
| 8 | Tall tropical plant | 1 |
| 9 | High chairs | 2 |
| 10 | Stools | 2 |
| 11 | Undercounter Safe | 1 |
| 12 | Floor stand sign "Please wait to be seated" | 1 |
| 13 | Wall mount cabinet with door | 1 |
| 14 | Floor stand Chinese 6 panel screen | 1 |
| 15 | Wall mount Chinese 6 panel screen | 1 |
| 16 | Chinese ceramic tile picture wall mounted | 6 |
| 17 | Undercounter 3 compartment bar sink | 1 |
| 18 | Frozen drink machine (need part) | 1 |
| 19 | Soft ice cream machine | 1 |
| 20 | Beer cooler | 1 |
| 21 | Small undercounter cooler | 1 |
| 22 | Beer/wine/cocktail glass | XX |
| 23 | Steam buffet table | 3 |
| 24 | Stainless steel stand | 1 |
| 25 | Undercounter bar ice holder | 1 |
| 26 | Wall mount coat hanger | 1 |
| 27 | Wall mount picture facing entrance way | 1 |
| 27A | Bar blender | 1 |
| | **Kitchen** | |
| 28 | Dish washing machine with racks | 1 |
| 29 | Ice maker machine | 1 |
| 30 | Water station with ice holder | 1 |
| 31 | Tea Urn | 1 |
| 32 | Tea Urn stand with drawers | 1 |
| 33 | Hand sink | 1 |
| 34 | Worktop refrigerator | 2 |

Page 1

### Sheet1

| 35 | Gas 6 burners stove with over | 1 |
|---|---|---|
| 36 | Gas salamander-broiler | 1 |
| 37 | Gas Fryer | 2 |
| 38 | 24" work table | 1 |
| 39 | Gas Chinese wok 6 burner | 1 |
| 39A | Exhaust Hood with return air and fans | XX |
| 40 | Soup Pot burner | 1 |
| 41 | Meat slicer | 1 |
| 42 | Mixer | 1 |
| 43 | Gas steam table | 1 |
| 44 | Sandwich prep refrigrator | 1 |
| 45 | Work table | 6 |
| 46 | Smoke house | 1 |
| 47 | 3 compartment sink | 1 |
| 48 | Gas rice cooker | 1 |
| 49 | Food warmer | 1 |
| 50 | Can opener | 1 |
| 51 | Shelves | 10 |
| 52 | Walk-in cooler | 2 |
| 53 | Walk-in freezer | 1 |
| 54 | Pans/pots/baking sheet/knives | XX |
| 55 | Tea pots | XX |
| 56 | Floks/knives/spoons | XX |
| 57 | Tea cups/ water glass | XX |
| 58 | Coffee maker | 1 |
| 59 | Flour/sugar bins | 3 |
| 60 | Trays/utensils holder | XX |
| 61 | Vacumn cleaner | 1 |
| 62 | Rechargable vacumn cleaner | 1 |
| 63 | Expanable table top | 1 |
| 64 | Lazy susan | 1 |
| 65 | Bin organizers | XX |
| 66 | Hand trucks | 1 |
| 67 | Mop bucket | 1 |
| 68 | Refuse container | 2 |
| 69 | Water pitcher | XX |
| 70 | Dinner plate/platters/saucer and misc. | XX |

Page 2

Schedule A, Page 3

I, David Wu, President of Golden Crown Inc (db Hong Kong Restaurant and Mr. Chang agreed that all furniture and furnishing, fixtures equipment, supplies and other items of personal property used in the restaurant are included in the sales except the following items

* Etched glass - Dining Room (7 pieces)
* Hi-Fi Stered)band speakers (2 pairs)
* All Beer and Liquor
* Quilt (2 pieces)
* Chinese vase (2)
* Chinese furniture (1 corner unit)
* Neon Sign
* Canned goods
* Dry goods
* Frozen food
* Fresh / prepared food
* Plants except the Tall Tropical plant at entran

Date: Nov. 10, 1998
By: David Wu

Date: Nov 13, 1998
By: Mr Chang