# The Jerome N. Frank Legal Services Organization
YALE LAW SCHOOL

December 7, 2010

The Honorable Warren W. Eginton
U.S. District Court for the District of Connecticut
915 Lafayette Boulevard - Suite 335
Bridgeport, Connecticut 06604

Re: <u>**Wu, et al. v. Chang's Garden, et al.**</u>
    **3:08 – cv – 00746**

Dear Judge Eginton:

This letter is to certify that as of November 30, 2010, both parties in the above captioned case have complied with the terms of the Stipulation and Order for Settlement, which was filed on October 11, 2010 (Docket # 283). Opposing counsel consents to the submission of this letter.

Sincerely,

Muneer I. Ahmad, Supervising Attorney for Plaintiffs
Jenny Zhao, Law Student Intern for Plaintiffs
Laura Huizar, Law Student Intern for Plaintiffs

P.O. BOX 209090, NEW HAVEN, CONNECTICUT 06520-9090 • TELEPHONE 203 432-4800 • FACSIMILE 203 432-1426
COURIER ADDRESS 127 WALL STREET, NEW HAVEN, CONNECTICUT 06511